**THE AGRESTA FIRM, PC**
The Benzel Busch Building
24 Grand Avenue
Englewood, New Jersey 07631
(201) 399-6888
anthony@agrestalaw.com
robert@agrestalaw.com
*Attorneys for Defendant,*
*Roseland Ambulatory Surgery Center, LLC*

### UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | Civil Action No. 2:12-CV-05941 (DMC-MF) |
| *Plaintiff,* | ***DOCUMENT FILED ELECTRONICALLY*** |
| v. | |
| ROSELAND AMBULATORY SURGERY CENTER, LLC, | ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM TO PLAINTIFF'S AMENDED COMPLAINT (ECF#15) |
| *Defendant.* | |

Defendant, Roseland Ambulatory Surgery Center, LLC ("Roseland") by and through its

attorneys, The Agresta Firm, PC, as and for its Answer and Affirmative Defenses to the First

Amended Complaint (the "Amended Complaint") of Plaintiff Connecticut General Life

Insurance Company ("CGLIC"), says:

### PARTIES, JURISDICTION AND VENUE

1.      Roseland is without knowledge or information sufficient to form a belief as to the truth of

the allegations contained in ¶ 1.

2.      Roseland admits the allegations in ¶ 2 of the Amended Complaint.

3.      The allegations of ¶ 3 of the Amended Complaint call for a legal conclusion, therefore,

no response is required, and is otherwise denied.

4.      Roseland admits the allegations in ¶ 4 of the Amended Complaint.

5.      The allegations of ¶ 5 of the Amended Complaint call for a legal conclusion, therefore, no response is required, and is otherwise denied.

6.      Roseland denies the allegations in ¶ 6 of the Amended Complaint; except to the extent that Roseland admits that CGLIC administers employee health benefit plans in the State of New Jersey.

7.      Roseland denies the allegations in ¶ 7 of the Amended Complaint; except to the extent that Roseland admits that individual employers may elect to offer different levels of benefits (*i.e.*, different deductibles, difference co-insurance amounts, etc.) through their OAP Plans.

8.      Roseland denies the allegations in ¶ 8 of the Amended Complaint.

9.      Roseland denies the allegations in ¶ 9 of the Amended Complaint, The OAP Plans administered by CGLIC allow for participants to obtain services from "out-of-network providers," which are providers that do not have a contract with CGLIC and are therefore able to charge a higher amount for their services than CGLIC's "in-network providers."

10.     Roseland denies the conclusory allegations in ¶ 10 of the Amended Complaint.

11.     Roseland denies the conclusory allegations in ¶ 11 of the Amended Complaint.

12.     Roseland denies the conclusory allegations in ¶ 12 of the Amended Complaint.

13.     Roseland denies the conclusory allegations in ¶ 13 of the Amended Complaint.

14.     Roseland denies the conclusory allegations in ¶ 14 of the Amended Complaint.

15.     Roseland denies the conclusory allegations in ¶ 15 of the Amended Complaint.

16.     Roseland denies the conclusory allegations in ¶ 16 of the Amended Complaint.

17.     Roseland denies the conclusory allegations in ¶ 17 of the Amended Complaint.

18.     Roseland denies the conclusory allegations in ¶ 18 of the Amended Complaint.

19.     Roseland denies the conclusory allegations in ¶ 19 of the Amended Complaint.

20.     Roseland denies the conclusory allegations in ¶ 20 of the Amended Complaint.

21.     Roseland denies the conclusory allegations in ¶ 21 of the Amended Complaint.

22.     Roseland denies the conclusory allegations in ¶ 22 of the Amended Complaint.

23.     Roseland denies the conclusory allegations in ¶ 23 of the Amended Complaint.

24.     Roseland denies the conclusory allegations in ¶ 24 of the Amended Complaint.

25.     Roseland denies the conclusory allegations in ¶ 25 of the Amended Complaint.

26.     Roseland denies the conclusory allegations in ¶ 26 of the Amended Complaint;  Except to the extent that Roseland admits that providers have a good faith belief that claims submitted by medical providers were covered and that conditions of coverage are satisfied and/or that coverage is satisfied, but that CGLIC does not routinely provide providers with plan documents establishing coverage.  To the extent that this paragraph purports to characterize the contents of the "actual plan documents," Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

27.     Roseland denies the conclusory allegations in ¶ 27 of the Amended Complaint.

28.     Roseland denies the conclusory allegations in ¶ 28 of the Amended Complaint.  CGLIC has not and does not routinely provide Roseland with plan documents establishing coverage.  To the extent that this paragraph purports to characterize the contents of the "actual plan documents," Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

29.     Roseland denies the allegations in ¶ 29 of the Amended Complaint.

30.     Roseland denies the allegations in ¶ 30 of the Amended Complaint.

31.     Roseland denies the allegations in ¶ 31 of the Amended Complaint, except to the extent that Roseland admits it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

32.     Roseland denies the allegations in ¶ 32 of the Amended Complaint, except insofaras Roseland admits it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

33.     Roseland denies the allegations in ¶ 33 of the Amended Complaint, except insofaras Roseland admits that it provided services to enrollees of various CGLIC plans and that from time to time Roseland contacted representatives of CGLIC.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith, and that from time to time Roseland contacted representatives of CGLIC.

34.     Roseland denies the allegations in ¶ 34 of the Amended Complaint.

35.     Roseland denies the allegations in ¶ 35 of the Amended Complaint, except insofaras Roseland admits that it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

36.     Roseland denies the allegations in ¶ 36 of the Amended Complaint, except insofaras

Roseland admits it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

37.      Roseland denies the allegations in ¶ 37 of the Amended Complaint, except insofaras Roseland admits it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

38.      Roseland denies the allegations in ¶ 38 of the Amended Complaint, except insofaras Roseland admits it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

39.      Roseland denies the allegations in ¶ 39 of the Amended Complaint, except insofaras Roseland admits it provided services to enrollees of various CGLIC plans.  To the extent that this paragraph purports to characterize the contents of the actual plan documents, Roseland states that the actual plan documents are the best evidence of these allegations and denies any allegations that are inconsistent therewith.

40.      Roseland denies the allegations in ¶ 40 of the Amended Complaint.

41.      Roseland denies the allegations in ¶ 41 of the Amended Complaint.

## CAUSES OF ACTION

### COUNT ONE
**(29 U.S.C. § 1132(a)(3))**

42.     Roseland repeats each and every answer to the allegations set forth in the preceding paragraphs as if fully set forth at length herein.

43.     Roseland denies the allegations in ¶ 43 of the Amended Complaint.

44.     Roseland denies the allegations in ¶ 44 of the Amended Complaint.

45.     Roseland denies the allegations in ¶ 45 of the Amended Complaint, except insofaras Roseland admits that CGLIC paid Roseland according to underlined_negotiated contracts with CGLIC or CGLIC's subcontractor in amounts of $5,716,482.08 (against billed charges of $9,440,896.40), the amount of $4,895,776.18, and that fully 377 claims were paid at 100% or $2,409,908.04 (approximately 40%) because the patient met the out-of-pocket cost and deductible, meaning there was no coinsurance requirement by the plan subscriber. The remaining claims were in substantial part negotiated claims subject to a contract with CGLIC's subcontractor in which CGLIC promised to pay the discounted amount with audit or other complaint.

46.     Roseland denies the allegations in ¶ 46 of the Amended Complaint.

47.     The allegations of ¶ 47 of the Amended Complaint call for a legal conclusion, therefore, no response is required, and is otherwise denied.

48.     Roseland denies the allegations in ¶ 48 of the Amended Complaint.

WHEREFORE, Defendant, Roseland prays judgment dismissing this claim and the other relief set forth in the Complaint, and for such other relief that the Court may deem just and equitable.

## COUNT TWO
### (*Fraud*)

49.     Roseland repeats each and every answer to the allegations set forth in the preceding paragraphs as if fully set forth at length herein.

50.    Roseland denies the allegations in ¶ 50 of the Amended Complaint.

51.    Roseland denies the allegations in ¶ 51 of the Amended Complaint.

52.    Roseland denies the allegations in ¶ 52 of the Amended Complaint.

53.    Roseland denies the allegations in ¶ 53 of the Amended Complaint.

54.    Roseland denies the allegations in ¶ 54 of the Amended Complaint.

55.    Roseland denies the allegations in ¶ 55 of the Amended Complaint.

56.    Roseland denies the allegations in ¶ 56 of the Amended Complaint.

57.    Roseland denies the allegations in ¶ 57 of the Amended Complaint.

WHEREFORE, Defendant, Roseland prays judgment dismissing this claim and the other relief set forth in the Complaint, and for such other relief that the Court may deem just and equitable.

## COUNT THREE
### (*Unjust Enrichment*)

58.    Roseland repeats each and every answer to the allegations set forth in the preceding paragraphs as if fully set forth at length herein.

59.    Roseland denies the allegations in ¶ 59 of the Amended Complaint.

60.    Roseland denies the allegations in ¶ 60 of the Amended Complaint.

61.    Roseland denies the allegations in ¶ 61 of the Amended Complaint.

62.    Roseland denies the allegations in ¶ 62 of the Amended Complaint.

WHEREFORE, Defendant, Roseland prays judgment dismissing this claim and the other relief set forth in the Complaint, and for such other relief that the Court may deem just and equitable.

## AFFIRMATIVE DEFENSES

### Facts Supporting Affirmative Defenses

63.     Roseland repeats each and every answer to the allegations set forth in the preceding paragraphs as if fully set forth at length herein.

64.     Defendant, Roseland Ambulatory Surgery Center, LLC ("Roseland") submits the following facts in support of its Affirmative Defenses:

## I.   FACTUAL ANALYSIS OF CGLIC'S RECOUPMENT CLAIM

65.     Roseland, a non-contracted, "out-of-network" medical provider, provided medically necessary surgical procedures to CGLIC's enrollees.  CGLIC's plan subscribers obtained the benefit of Roseland's services over the course of four years.

66.     In virtually all of the claims at issue in this litigation Roseland entered into contracts with CGLIC and/or CGLIC's subcontractor, VIANT which had the express, implied, and/or apparent authority on behalf of its principal CGLIC, which specifically provided for a discount of Roseland's billed charges totaling approximately 40%; that required that Roseland accept the "Adjusted Price" as payment in full; that Roseland refrain from "balance-billing the patient or patient's family"; and that Roseland agreed to waive late charges, in return for which CGLIC waived the right to conduct audits of billed charges and agreed to expedite payment.

**The Actual Number Of Claims Over The Period From March 11, 2008 Through August 24, 2011, And The Amount Billed And Actually Paid By CGLIC, In Support Of CGLIC's Recoupment Claim Under The "Amended Complaint," Filed With The Court On December 7, 2012. ECF Docket #15 At ¶31**

        A.     The Disputed Recoupment Amount and Period for Recoupment.

67.     Shortly after CGLIC filed its Complaint, in which CGLIC originally claimed that it was entitled to $6,605,332.00, CGLIC amended its Complaint as a result of Roseland's initial Motion to Dismiss, lowering the amount it sought to recoup by over $1,449,252.00, to $5,156,079.17, and by over 400 claims. Hereinafter the "Disputed Recoupment Amount." *See* Ex. C. to the Amended Complaint. ¶31. ECF Docket#15. This is the amount CGLIC alleges is due.

B.      CGLIC Claim Chart

68.     In support of the Disputed Recoupment Amount, CGLIC attached as an exhibit to its Amended Complaint a chart (Exhibit "C" to the Amended Complaint) that it says depicts each of the claims and amounts, that it seeks to recoup. Hereinafter the "CGLIC Claim Chart."  *See* Ex. C. to the Amended Complaint. ¶31. ECF Docket#15.

C.      Roseland Claim Chart

69.     After CGLIC instituted this suit, and in order to evaluate CGLIC's claims depicted in the CGLIC Claim Chart, Roseland carefully reviewed each line item on the CGLIC Claim Chart, including each patient claim folder for 961 claims under the listed dates of service. *See* Ex. C. to the Amended Complaint. ¶31. ECF Docket#15. Roseland prepared a chart, which breaks down CGLIC's Claim Chart depicting the total amount billed ("Amount Billed") by Roseland (Column C); the amount negotiated by Roseland with CGLIC's subcontractor, VIANT (the "Negotiated Claim Amount") for each patient claim (Column D); the amount actually paid by CGLIC (the "Paid Amount") to Roseland on the claims depicted in the CGLIC Claim Chart (Column E); the amount that CGLIC claims Roseland was required to charge enrollees, entitled: "Patient's Resp" (Column F);  the amount for each patient claim which Roseland discounted to CGLIC (Column G); and a column showing claims paid at 100% because the patient met the out-of-pocket and deductible, meaning there was no coinsurance requirement by the plan subscriber.  *See* The Roseland Chart, entitled: "Claims Paid to Roseland by CIGNA Healthcare – March 2008 – August 2008" is attached hereto as **Exhibit "A."** Hereinafter, "Roseland Chart."

1.      Discrepancies and Errors In CGLIC Claim Chart

70.     After carefully reviewing the CGLIC Claim Chart, which purportedly shows a total of 994 Claims, a "Charge Amount" of $10,113,293.87 and "Paid Amount" of $5,156,079.17, it

appears that CGLIC listed many of the patient claims more than once on the spreadsheet — that is single claims with multiple charges were broken down into multiple claims instead of one claim.

### 2.   The Actual Amount Billed & Paid: the Negotiated Amount

71.   After reviewing the CGLIC Claim Chart, and each patient folder, Roseland has established that the actual amount billed by Roseland over this period is $9,465,921.40. The amount negotiated by Roseland with CGLIC's subcontractor, VIANT or otherwise agreed, was $5,709,597.55, and the amount actually paid by CGLIC on the claims depicted in the CGLIC Claim Chart was $4,908,311.50, and not $5,156,079.17. This is depicted on the Roseland Chart. **Exhibit "A."**

### 3.   Total Claims Paid at 100% Requiring No Coinsurance Equal Almost 40% of the Actual Claims In the CGLIC Chart or, $2,409,908.04

72.   Because the CGLIC Chart does not show the Negotiated Claim Amount for each of the patient claims, the "Amount Paid" does not reflect that in many instances the "Amount Paid" equaled the "Negotiated Claim Amount" because the plan subscribers had satisfied their deductible and/or out-of-pocket requirement under the plan. This omission is therefore seriously misleading because by its own admission CGLIC is seeking recoupment of all payments where the patient is responsible for a portion of the fee, yet almost 40% of the claims identified by CGLIC in its Amended Complaint had no coinsurance responsibility. Accordingly, the Roseland Chart demonstrates that 377 out of the 961 claims were paid by CGLIC to Roseland at 100% under the various plan policies because the plan subscribers had met their deductible, and so-called "out-of- pocket" expenses. The total amount of the claims paid at 100% for the 377 patient claims is $2,409,908.04.

### 4.   Assuming For *Arguendo* and Without Prejudice To Roseland's

Defenses, The Total Paid Amount Subject to Coinsurance Is
$2,746,171.13, After Deducting the Claims Paid at 100%

73.    Deducting the total amount of the patient claims that CGLIC paid at 100% −

$2,409,908.04, from the Disputed Recoupment Amount of $5,156,079.17, results in a balance

allegedly subject to coinsurance obligations claimed by CGLIC, but denied by Roseland of

$2,746,171.13.

74.    The actual "Patient's Responsibility" (Column F) is purportedly $854,516.61 which was

calculated by Roseland only after it was provided this information after CGLIC started suit, since

at no time prior to instituting suit did CGLIC provide plan information to Roseland.

75.    Roseland avers and therefore alleges that the most CGLIC could recoup under its

Amended Complaint for the claim population in the period from March 11, 2008, through

August 24, 2011, assuming that CGLIC was to prevail on its claim to recovery of the entire

"Paid Amount" for claims subject to coinsurance against Roseland is $2,746,171.13. The actual

"Patient Responsibility," or amount actually subject to coinsurance was only determined after

CGLIC provided Roseland this information as part of the pleadings in this case because it was

impossible to ascertain prior to this time, and is allegedly $854,516.61.  This is far less than the

overstated claims of Plaintiff.


## II.    ROSELAND HAS UNPAID CLAIMS TOTALING $2,793,809.84 FROM  8/24/11 TO 10/12/12

76.    Although Roseland has continued to provide services to members of CGLIC

administered plans, CGLIC has refused to make a single payment. It was this patient population

that was the subject of the settlement negotiation between Roseland and CGLIC prior to the

complaint filed under Civil Action No. 2:12-CV-05941, in which Plaintiff filed its initial

complaint without warning during the middle of settlement negotiations.

77.     The total billed charges to CGLIC for these patients, which has gone unpaid is

$2,846,747.84. See chart entitled: Roseland Ambulatory Surgery Center, "CIGNA Unpaid

Claims Since 8/24/2011 to 10/12/2012" attached as **Exhibit "B."**

78.     CGLIC deliberately and fraudulently entered into settlement negotiations with Roseland

after Roseland demanded that CGLIC pay the outstanding amount due to Roseland under the

contracted amounts, and to obtain information that it then sought to use in its lawsuit which was

filed without warning in order to obtain federal jurisdiction and so that CGLIC could become

plaintiff in the case, and make up a fraudulent narrative.

79.     To the extent that CGLIC either directly, or through its agent, entered into direct

contracts with Roseland, such contracts supersede and otherwise control the relationship of the

parties.  No such contract required or otherwise stated that Roseland was required to collect

coinsurance, copayments or other charges.

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.  Roseland

reserves the right to move at or before the time of trial to dismiss same with prejudice and with

costs.

### SECOND AFFIRMATIVE DEFENSE

The common law claims in the Amended Complaint for fraud and unjust enrichment are barred

by the economic loss doctrine, which precludes recovery for torts claims in which their actual

entitlement if any is based upon contract.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has violated the covenant of good faith and fair dealing inherent in every contract.

Specifically violating the covenant in the VIANT subcontracts in which CIGNA fraudulently

induced Roseland to enter into at a 40% discount based upon a promise of prompt payment without further compromise and for which CGLIC waived further audit rights but then reneged and utterly refused and neglected to pay counter claimant; and despite CGLIC's contractual obligation to refrain from interposing specious so-called "audits" after it obtained a discount of over four million dollars on the full amount of the billed charges totaling $9,465,921.40.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has committed fraud on the plan enrollees, and violated its fiduciary duties.  Plaintiff did not advise nor did it disclose to plan trustees prior to engaging in the scheme to recover money lawfully paid, pursuant to contracts it induced Roseland to enter that it was seeking to recover or otherwise recoup funds theoretically belonging to various plans or plan enrollees treated by Roseland.  Plaintiff otherwise utilized its SIU ("Special Investigations Unit") as part of a corrupt plan to obtain additional revenues that it intended to steal from the plans it administrates; Plaintiff carried out a false advertising campaign narrative conducted by a so-called CIGNA Spokesman as a cover for its fraudulent activities; Plaitiff does not have any legal or equitable entitlement to the relief sought in the Amended Complaint.

## FIFTH AFFIRMATIVE DEFENSE

Roseland at all relevant times, acted in good faith and in accordance with its legal rights and duties and without any fraud or malice, and agreed to be paid substantially less under the separate contracts for each enrollee.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has sustained no damages as a result of the allegations raised in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

No act or omission of Roseland was the proximate cause of any damage or loss to Plaintiff.

13

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to plead its fraud claims with the required particularity, and has pled such claims largely on information and belief or otherwise omitted information that would make such averments false, utilized labels and invented conclusory economic theories to falsely justify its claims.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff anticipatorily repudiated its various contracts covering the services subject of this action with Roseland allowing Roseland to treat such contracts as dead and to assert a claim for the full amount of the billed charges totaling $9,465,921.40, less the amount actually paid of $4,908,311.50, equaling a difference of $4,557,609.90.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims fail based upon its failure of consideration and/or lack of consideration.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's unjust enrichment claim is barred based upon the existence of the express contracts governing the claims in this case.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Plaintiff's claim is barred because CGLIC'S denial of benefits and decision to file a complaint, as alleged plan fiduciary to the unidentified plans violates the Department of Labor regulations relating to adverse benefit determinations.

14

## FOURTEENTH AFFIRMATIVE DEFENSE

The Substitute SPDs ("Summary Plan Descriptions") identified by the plaintiff are not actual plans, nor are they even the actual SPDs issued for the enrollees' subject of this action and are therefore inadequate to support a legally viable claim.

## FIFTEENTH AFFIRMATIVE DEFENSE

The exclusionary language in the substitute plans does not exclude coverage for the plan benefit in the event the enrollee does not pay coinsurance because the substitute plan documents demonstrate that the so-called overpayment provisions apply only to coordination of benefits and subrogation, and thus the substitute SPD plan language does not authorize Plaintiff to recoup the benefits paid to Roseland. At no time prior to the filing of the Amended Complaint did Plaintiff provide Roseland with a copy of any plan document for any enrollee and even now has only provided Roseland with a "substitute" one-size fits all plan that it says purports to be the same plan language in every case.

## SIXTEENTH AFFIRMATIVE DEFENSE

The SPD Language is ambiguous and susceptible to different interpretations, and is therefore unenforceable according to commonly understood insurance interpreeatation practice.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by Plaintiff's failure to satisfy a material condition precedent to performance by Defendant, if Defendant owed any at all, which is denied.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by its own misconduct.

### NINETEETH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrines of release, set off and ratification.

### TWENTIETH AFFIRMATIVE DEFENSE

Any amount recovered by Plaintiff must be set-off by the amount due to Roseland for billed and unpaid charges.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

The Employee Retirement Income Security ("ERISA") 29 U.S.C. § 1001, *et seq.*, precludes any related state law causes of action.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's remedies, if any, are limited to those provided under ERISA and its damages, if any, are subject to the restrictions, deductions, and offsets contained in the applicable policy.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are or may be barred, in whole or in part, by the applicable statute of limitations under ERISA and any contractual limitations period under the terms of the SPDs and/or plans.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred in whole or in part by the doctrines of accord and satisfaction.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

The allegations in the Amended Complaint fail to state a cause of action pertaining to any claim for attorney's fees, interest, and costs.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by its failure to mitigate damages.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant Roseland hereby gives notice that it intends to rely upon such other and further defenses as many become available during discovery proceedings and reserves its right to amend this Answer to assert such defenses.

## TWENTY –EIGHTH AFFIRMATIVE DEFENSE

ERISA does not operate to preclude any claim by Roseland because Roseland entered into direct payment contracts with CGLIC's subcontractor for payment at a sharp discount for 40% of billed charges.

WHEREFORE Roseland demands judgment in its favor and seeks the dismissal of Plaintiff's Amended Complaint with prejudice, costs of suit and such other relief, as the Court deems equitable and just.

*/s/ Anthony K. Modafferi, III*
Anthony K. Modafferi, III
**THE AGRESTA FIRM, P.C.**
24 Grand Avenue
Englewood, New Jersey 07631
(201) 399-6888
anthony@agrestalaw.com
robert@agrestalaw.com
*Attorneys for Defendant,*
*Roseland Ambulatory Surgery Center, LLC*

Dated: September 25, 2013


## COUNTERCLAIM

Roseland repeats each and every answer, averment and utterance to the allegations set forth in the preceding paragraphs, and affirmative defenses as if fully set forth at length herein. Counterclaim Plaintiff Roseland Ambulatory Surgery Center, LLC ("Roseland or "Counterclaim Plaintiff"), through its attorneys, The Agresta Firm, PC, by way of Counterclaim against Plaintiff Connecticut General Life Insurance Company ("CGLIC" or "Counterclaim

Defendant") states as follows:

## NATURE OF THE ACTION

1. This action arises out of Counterclaim Defendants' fraudulent actions in utilizing its SIU

("Special Investigations Unit") to claim a right to recovery for alleged overpayments after

Roseland sought payment on over $2,793,809.84 then due from CGLIC. Rather than deal in

good faith and settle the claims outstanding CGLIC interposed bogus overpayment claims,

without advising its plan holder and in the event that it had recovered such sums would not have

paid over any recovered amounts to its plan holders although it admits in its own pleading that it

is a fiduciary.  All of the fees billed by Roseland were in fact the subject of contracts in which

Roseland agreed to discount its total billed fees from $9,465,921.40 to $5,709,597.55, and the

amount actually paid by CGLIC on the claims depicted in the CGLIC Claim Chart was

$4,908,311.50. CGLIC fraudulently induced Roseland to enter into a 40% discount based upon a

promise of prompt payment without further compromise and for which CGLIC waived further

audit rights but then reneged and utterly refused and neglected to pay plaintiff, and despite

CGLIC's contractual obligation to refrain from interposing specious so-called "audits" after

inducing Roseland to discount the fees by millions of dollars.

## JURISDICTIONAL ALLEGATIONS

2.      Roseland is a professional limited liability company organized and existing under the

laws of the State of New Jersey.

3.      CGLIC is a Connecticut corporation with a principal place of business at 900

Cottage Grove Road, Hartford, Connecticut 06152.

4.      John Does 1-10 are individuals and practitioners who committed, participated in,

solicited others to engage in, and knowingly assisted, conspired with, or urged others to commit

the fraudulent and wrongful acts set forth herein.

5.      ABC Corporations 1-10 are those corporations, which committed, participated in,

solicited others to engage in, and knowingly assisted, conspired with, or urged others to commit

the fraudulent and wrongful acts set forth herein.

6.      This Court has subject matter jurisdiction over Counterclaim Plaintiff's claims pursuant

to 28 U.S.C. §§ 1331 and 1332. As such, this Court has subject matter jurisdiction over

Roseland's s claims pursuant to 28 U.S.C. §§ 1367 and 1441(c).


**FACTS COMMON TO ALL COUNTS**

7.      Roseland repeats each and every answer to the allegations set forth in the preceding

paragraphs as if fully set forth at length herein.

8.      Roseland is an ambulatory surgical center in Roseland New Jersey.

9.      Roseland is not "in network," and has no agreement prohibiting any of the practices,

which undergirds CGLIC's claims of wrongful conduct, nor are such practices prohibited in the

State of New Jersey despite intense legislative lobbying efforts of CGLIC to prohibit such

practices.

10.     CGLIC provides health insurance plans to employers, which the employers use to

provide health insurance coverage for their employees. Some of these plans are "insured" plans,

in which the employers pay a premium and CGLIC pays for the covered medical expenses

incurred by plan members. Other plans are "self-funded" plans, in which CGLIC administers the

plan, makes benefit determinations, and pays the providers, but the employer then reimburses

CGLIC for the covered medical expenses incurred by plan members and pays any administrative

fee.

11.     Patients covered under certain CGLIC plans may elect to receive services from "out-of-network" providers, such as Roseland. Typically, the plan may provide for payment of only a portion of such out-of-network services, *e.g.*, 80%.

12.     These plans usually cost more, but preserve the right of the plan enrollee or insured to utilize out-of-network doctors and facilities.

13.     When a patient who is covered under a CGLIC plan seeks to receive services at Roseland, the patient will provide his or her insurance card to Roseland.

14.     When a patient contacted Roseland for such "out-of-network" care.  Roseland typically contacted CGLIC and entered into a case contract through CGLIC's subcontractor VIANT for the services to CGLIC enrollees.

15.     After Roseland demanded payment of the sums outstanding to Roseland, in the spring of 2011, CGLIC began an unauthorized audit of Roseland relating to surgical procedures performed by Roseland on behalf of CGLIC's insured's and enrollee's under various plans that it administers.

16.     In an audit letter dated May 13, 2011, CGLIC stated that it was auditing Roseland's patient's claims, and requested details of Roseland's policy on the collection of patient deductibles, co-pay and/or coinsurance, and further demanded that Roseland explain the calculations for amounts collected by CGLIC, and provide copies of patient's ledgers for ten members listed on the audit letter.

17.     In a second letter dated July 19 2011, CGLIC stated that Roseland was required to respond by August 10, 2011 otherwise CGLIC would base its audit on information it had obtained on its own.

18.     In a third letter dated August 19, 2011, CGLIC stated information it had uncovered confirmed that Roseland was forgiving patient co-pays, and otherwise waiving member's obligations to pay amounts not paid by benefit plans it allegedly administered.

19.     Under New Jersey law, CGLIC, as a licensed insurance company in the State of New Jersey is required to maintain a department referred to as Special Investigations Unit ("SIU"), which ostensibly seeks to detect and investigate false or fraudulent insurance claims.

20.     The primary means by which the SIU does this is through post-payment audits, *i.e.,* retrospectively reviewing previously paid insurance benefits to evaluate whether such benefits were properly made to Insureds or assignee providers such as Plaintiff. This audit process includes reviewing the billing practices of healthcare providers in order to identify improper billing and seeking repayment from providers who have improperly billed CGLIC.

21.     According to the August 19, 2011, correspondence CGLIC sent to Roseland, CGLIC's SIU contacted its members who were treated at Roseland Surgery Center and asked them a series of questions regarding Roseland's billing practices, and determined that Roseland had forgiven, and/or waived CGLIC's members or plan enrollees co-pays.

22.     CGLIC further stated in the August 19, 2011, correspondence that "fee forgiving" subjected Roseland to civil or criminal liability. All of the patient's accounts listed on the audit letter requested ledgers from dates of service in 2010.

23.     As a result of CGLIC's purported audit, Roseland starting getting a heavy volume of phone calls from the patients stating that several months ago they were contacted by CGLIC and asked questions regarding Roseland.

24.     Although there was no legal or contractual requirement that Roseland bill its patient for co-pays, and without having obtained legal advice, in an effort to resolve the dispute, the billing

department at Roseland mailed bills to the patients on the audit list provided by CGLIC, and responded to CGLIC's SIU department in writing on August 24, 2011, enclosing: copies of the patient's statements, a copy of CGLIC's explanation of benefits that showed the patient's responsibility, and a copy of the certified mailing receipt copies of the four financial hardship forms that were signed by patients on the Audit list prepared by CGLIC.

25.    CGLIC responded in writing on August 31, 2011, stating that it needed clear evidence that Roseland had attempted to collect payment, and that phone calls and a copy of a mailed statement was not proof enough that Roseland was trying to collect payments. CGLIC went on to state that a response was required by September 14, 2011.

26.    From September 2011 to May 2012, Roseland sent CGLIC members and/or plan enrollees bills for copays. Statements were mailed at least 2 or 3 times, phone calls made, payments collected, and were recorded in the patient's accounts to provide evidence that Roseland was billing CGLIC members and/or plan enrollees.

27.    All CGLIC accounts from 2011 that were processed were billed for deductibles and any co-insurance.

28.    The last packet put together by Roseland's billing department was mailed to CGLIC's SIU department on May 3, 2012. This packet showed all patient statements that were mailed to patients, notes on the patient's accounts, phone calls made, and monies collected by the patients with copies of checks collected.

29.     CGLIC pressured Roseland to put in place a policy to invoice CGLIC's members and plan enrollees for co-pays and deductibles, despite the fact that Roseland was not contracted with CGLIC and there was no legal requirement imposing such an obligation on Roseland.

30.     CGLIC labeled the policy in Orwellian terms calling it a "Compassionate Billing Policy," which it desired that Roseland provide to each patient on the day of treatment.

31.     Roseland provided a copy of Roseland's new so-called, "Compassionate Billing Policy," provided to each patient on the day of treatment and also a copy was mailed to all patients along with there billing statements.

32.     All during this time and continuing, CGLIC refused to pay for any existing claims related to surgical and other services for any of its insured's and plan enrollees, retaining millions of dollars in unpaid services, despite the fact that CGLIC's insureds and/or plan enrollees had obtained medical services from Roseland.

33.     In fact, although Roseland has billed CGLIC $4,215,387.30 from March of 2011 to September 21, 2012, CGLIC stopped paying Roseland in September of 2011, and hence paid only $965,509.23

34.     After Roseland had complied in good faith with the improper demands of CGLIC, Roseland expected that CGLIC would remit payment for the medical services provided to its insureds and plan enrollees.  Instead, CGLIC advised Roseland's representatives that it would not pay any claims from the time during the Audit, without proof that Roseland had in the past collected co-pays and deductibles, despite the fact that  Roseland was not contractually obligated to collect any copays, and New Jersey law did not prohibit waiver of copays and deductibles.

35.     CGLIC advised Roseland that it would pay for claims going forward, after the Audit.

36.     Despite the fact that Roseland continued to provide services to CGLIC insured's and plan enrollees, CGLIC continued to refuse to pay for any medical services, retaining the benefit of such services without making any payment.

<u>Course of Dealing</u>

37.    Because Roseland was a non-contracted provider, CGLIC utilized the services of a

subcontractor to price Roseland's procedures –VIANT.  According to literature on its website,

> Viant Facility U&C Review," addresses insurers pricing concerns in two ways, First, we use a charge-based methodology that is quantitative, objective, consistent, defensible — **and highly effective at reducing out-of-network cost exposure**. Outpatient Review (OPR)—Combines submitted charge data with components of the CMS Ambulatory Payment Classification (APC) system, proprietary logic and a number of other data sources to recommend geographically specific, allowable reimbursement amounts based on consistent service definitions.

*See* MultiPlan's website:   www.multiplan.com/ payers/ resourcecenter/ salescenter/ pdfs/ MKT5101_Viant_Facility_UC_Review.pdf. *Emphasis added.* (Last accessed September 25, 2013.)

38.    The course of dealing established was that Roseland would submit a "clean" claim for

billing to CGLIC, and CGLIC would, in turn, send the claim to VIANT for pricing.  A VIANT

negotiator would then contact Roseland usually by facsimile, providing an adjusted pricing sheet,

with faster payment in the event Roseland agreed to an additional discount for the payment of the

claim and to reduce the amount of money that the patient would have to pay. As part of the

agreement, *Roseland agreed not to hold the patient responsible for the difference between its*

*original billed amount and the agreed amount*.

39.    The discounts negotiated were 30% to 40% from the usual, customary and reasonable

rate which non-participating providers are entitled to under existing law.

40.    Nine out of the ten patients listed on the CGLIC's Audit were negotiated through

VIANT.

41.    The VIANT Contract that Roseland signed for each CGLIC insured or plan enrollee

states; once agreed and signed, the provider will not balance bill the patient (except for copays,

co-insurances and deductibles) and *the Payor gives up their right to do an on-sight audit of the*

*patient's account*."  *Emphasis added.*

42.     At all times relevant herein, VIANT was acting on behalf of and was an agent with the authority to bind CGLIC as principal.

43.     At the bottom of each "letter of agreement," the VIANT contract, stated that VIANT "is not financially responsible for any payments due to the Provider."  Also listed under the patient name on the right of the contract it shows in the PAYOR Column: "Cigna Healthcare."

44.     Each "letter of agreement" states that the "PAYOR" waives their right to conduct an on-site audit of the billed charges.

45.     CGLIC received a substantial benefit as a result of the discounted charges to which Roseland agreed in good faith in each of the letter agreements.

46.     On August 11, 2011, Roseland contacted VIANT's Provider Relations department and spoke with Rep. Susan _____, requesting a copy of the contract on file with VIANT. Roseland was advised that the contract was a "verbal contract" with VIANT, which was agreed to by the previous billing/collections supervisor "Patricia _____" from several years back. Roseland sought to negotiate for a higher amount on Roseland's claims and was turned down by the negotiators stating that a contract existed.  The representative then contacted the Manager of the negotiation team in the Salt Lake City Office, J.R. Moss ("Moss") and he stated that the agreement was verbal with Patricia from several years back and at this time they were not willing to renegotiate the contract.

47.     Roseland's billing clerk told Moss that Roseland would no longer accept the previous negotiated discounts.

48.     Moss told Roseland that he would price the claims according to usual and customary and return all claims without being signed by Roseland back to CGLIC for processing/payment and CGLIC would pay according to "usual and customary."

49.    CGLIC refused to process Roseland's claims according to usual, customary and reasonable pricing, forcing Roseland to appeal the claims, which would then go back to VIANT for re-pricing and they would offer no more than the oral pricing arrangement.

<u>Roseland Enters Into Settlement Negotiation Directly With CGLIC</u>

50.    Faced with continuing unfair business practices, including outright refusal to pay for legitimate claims, Roseland successfully sought to enter into direct settlement negotiations with CGLIC in June 2012 to obtain the money due for outstanding claims in excess of $2,300,000.00.

51.    CGLIC agreed to direct settlement negotiations between CGLIC's Assistant Chief Counsel and Roseland's legal representative in June 2012 based upon Roseland's claim to over 2.3 million in unpaid claims at that time.

52.    Throughout the negotiation CGLIC did not assert that it was entitled to any set-off for recoupment of prior payments, as evidenced by the August 21, 2012, email from CGLIC's Assistant Chief Counsel, William Welch:

> On 8/21/12 10:04 AM, "Welch II, William M  ESQ     B6LPA"
> <<u>William.Welch@Cigna.com</u>> wrote:
> Anthony
>
> Thanks very much.  For clarification purposes, will there by additional records
> forthcoming, or is this it?   In your letter of June 21st, you stated that the total claim
> amount was  $2,359, 718.31, and that your client would agree to settle for 65% of
> the total outstanding amount, or $1,533,816.90.  Does that remain the case?

53.    Instead, after receiving correspondence from Mr. Welch, dated August 31, 2012, seeking information "to properly evaluate the merits of your demand figure of <u>$2,359,718.31</u> and to assess any potential set offs to that figure," CGLIC sought, *inter alia*, information concerning Roseland's collection and settlement practices.

54.    Roseland's attorney emailed Mr. Welch twice on September 10, 2012, and again on September 18, 2012, advising that:

I emailed you back on September 10, 2012 regarding this matter. Please let me know whether we can resolve this matter by the end of business Friday, September 21, 2012.

Thank you.

55.     CGLIC responded by filing a hastily put together bare-bones two-count complaint in Federal Court seeking to recoup "approximately $6,605,332" for what it contended were over 1,400 claims made by Roseland "as an assignee of its patients' rights under health benefits plans administered and/or underwritten by CGLIC" Claiming that it was entitled to recoup virtually all of the payments it made to Roseland − over 6.6 million between approximately March 11, 2008 and September 8, 2011, and that such claims were paid  "in error." *See* Plaintiff's Complaint ¶¶ 16-19, ECF Docket #1.

56.     CGLIC admitted in its Federal Complaint that it both administers and underwrites employee health benefit plans in New Jersey governed by ERISA (*See* Plaintiff's Complaint ¶ 6, ECF Docket #1.), which it concedes "allow for participants to obtain services from out-of-network providers, namely providers that do not have a contract with CGLIC and are therefore able to charge a higher amount for their services than CGLIC's in-network providers"  (*See* Plaintiff's Complaint ¶ 7, ECF Docket #1.), and Roseland "is an out-of-network provider that provided health benefits services to participants enrolled in employee health benefit plans administered and/or underwritten by CGLIC" (*See* Plaintiff's Complaint ¶ 9, ECF Docket #1.),).

<u>Waiver of Out -Of-Pocket Costs Is Not Improper Under New Jersey Law, Nor Is It A Violation of the Insurance Fraud Prevention Act -IFPA</u>

57.     In New Jersey, waiver of copayments is not a violation of New Jersey's Insurance Fraud Prevention Act, and therefore not a basis for recovering payments made to providers. It is not a violation of New Jersey's State Insurance Fraud Prevention Act  ("IFPA") or other law, nor can insurance carriers require that non-contracted providers refrain from waiving copays.

58.    Because CGLIC disagreed with New Jersey's refusal to buy into their arguments concerning co-pay waiver, CGLIC filed a complaint in federal court after it engaged in bad faith settlement discussions to obtain information about Roseland.

**As Part of An Organized Campaign to Discredit and Damage the Business and Personal Reputations of the Plaintiffs, and Influence Public Opinion CGLIC Made Extrajudicial and Defamatory Statements Against All of The Plaintiffs**

59.    Shortly before Roseland filed its Fed. R. Civ. P. 12(b)(6) motion to dismiss CGLIC's frivolous complaint, on Friday, November 16, 2012, an article entitled: *Cigna Subsidiary Suing N.J. Surgical Center for $6.6M* was published, in The Record, and on its website, <northjersey.com>, quoting CGLIC's spokesman, defendant, Phil Man in which Mr. Man stated that:

> There are a number of facilities and doctors in New Jersey that pursue an out-of-network business model," said Phil Mann, a Cigna spokesman. That strategy is responsible for "driving up claim costs, with significantly higher charges than those billed by in-network doctors and facilities," he said. "The waiver of cost-sharing as a routine business practice is deceptive and fraudulent. Providers who engage in this are driving higher costs for all New Jersey consumers."

60.    CGLIC, through its spokesman, Phil Man, deliberately went to the media to make statements timed to influence public and judicial opinion, regarding Roseland's business practices, after filing suit.

61.    By engaging in such conduct, including the publication of false and defamatory statements in newspapers and other media outlets, CGLIC, and its spokesman, Phil Mann sought to, and did, attribute a lack of integrity, fraud and dishonesty to Roseland, and its owner Richard Lipsky, as well as MHA, LLC d/b/a/ Meadowlands Hospital.  CGLIC falsely stated that: "The waiver of cost-sharing as a routine business practice is deceptive and fraudulent," in the context of a newspaper article appearing on the same day Roseland's response to Plaintiff's Complaint

was due with the headline that GLIC had sued Roseland.  *Id*.

62.     In fact, the Complaint initially filed in this action contained <u>no</u> fraud claim. That claim was not made until Roseland asserted that CGLIC had defamed Richard Lipsky by claiming fraud in a public utterance or writing after which CGLIC amended its complaint to assert fraud.

### FIRST COUNT
(Breach of Contract)

63.     Roseland refers to and by this reference incorporates herein ¶¶ 1 through 62 of the Answer to Plaintiff's Amended Complaint and Counterclaim as though more fully set forth herein at length.

64.     In reliance upon the solicitation, inducements, and representations Roseland was induced to perform, and did perform, all of the obligations required of it under the various case agreements executed between Roseland and CGLIC's subcontractor VIANT.

65.     Roseland was induced to act to its detriment and has incurred substantial costs in performing its obligations under the various case agreements executed between Roseland and CGLIC's subcontractor VIANT.

66.     CGLIC and the John Doe and ABC Corp. Defendants' wrongful actions, include, but are not limited to, the inducement of Roseland to discount its fees from $<u>9,465,921.40</u> to $<u>5,709,597.55</u>. After Roseland claimed that CGLIC owed additional amounts on new claims, schemed to audit claims that by contract CGLIC was prohibited from auditing, in order to evade its obligations to make payments on those claims which as we have averred elsewhere in this Counterclaim is no less than <u>$2,826,148.83.</u> This is in addition to new claims through October 2012 and other claims to be established in the course of discovery, which Roseland avers and therefore claims that CGLIC has, by its conduct in falsely asserting a right to recoup on claims subject to already existing contracts which discounted the claim amounts due 40% upon the conditions set forth

elsewhere in this Counterclaim has anticipatorily repudiated  the terms and conditions of the VIANT contracts between CGLIC and Roseland. Thus, Roseland may treat the contracts as dead and claim entitlement to the gross amount billed CGLIC of $9,465,921.40 less the amount actually paid to Roseland of $4,908,311.50 for a total due on the old claims of $4,557,609.90, plus the amount of the new claims totaling $2,826,148.83 equaling a total amount of $7,383,758.73.

67.    By virtue of the various misrepresentations, omissions and other illegal conduct alleged elsewhere in this Counterclaim including, but not limited to, CGLIC's fraudulently inducing Roseland to enter into the VIANT contracts and thus reduce its fees by over 40% upon the condition that there would be no disputing such claims; no audits were to be performed and that such claims would be paid promptly.  When Roseland sought to be paid on its unpaid claims CGLIC, falsely asserted a right to audit and recoup payments on already contractually discounted claims which were in almost half the cases were paid at 100% because the patients at had exhausted coinsurance.

68.    Based upon the foregoing averments and as a direct and proximate result of CGLIC's actions, CGLIC and the John Doe and ABC Corp. Defendants have breached the terms and conditions of the various contracts which govern the terms and conditions of payment to Roseland, as a result of which Roseland has been damaged in an amount not less than $7,383,758.73.

    **WHEREFORE,** Roseland prays judgment against the defendants CGLIC, John Does 1-10 and ABC Corporations 1-10, jointly and severally as follows:

    (a)    Compensatory and consequential damages, including but not limited to:

        a. money damages in an amount of not less than $7,383,758.73;

        b. loss of earnings;

        c. loss of business;

d. loss of profits;

e. Interest;

f. Punitive damages;

(b)   Special damages for Roseland's inability to sell or market business after CGLIC deliberately sought to and took steps to injure Roseland's business by falsely accusing Roseland of fraud, and as otherwise alleged in this pleading.

(c)   Reasonable attorneys fees and costs of preparation of this action; and

(d)   For such other and further relief as this court may deem just and proper.

## SECOND COUNT
(Breach of Implied Covenant of Good Faith and Fair Dealing)

69.   Roseland refers to and by this reference incorporates herein ¶¶ 1 through 68 of the Answer and Counterclaim as though more fully set forth herein at length.

70.   The case agreements entered into between CGLIC's subcontractor, VIANT and Roseland imposed upon CGLIC the duty of good faith and fair dealing. CGLIC breached the implied covenants of good faith and fair dealing as a result of the conduct described elsewhere in this Complaint, and specifically because it sought to evade its obligations to pay Roseland millions of dollars by falsely accusing Roseland of fraud and ignoring CGLIC's obligations as payor under the various case contracts with VIANT.

71.   CGLIC's conduct was and is unreasonable by any standard, undertaken in bad faith in violation of the covenant of good faith and fair dealing implied in the case agreements, and had no legitimate business purpose, except to prevent Roseland from recovering lawful amounts due for services rendered.

72.   Roseland has been damaged as a direct result of the CGLIC's breach of the implied covenant of good faith and fair dealing.

**WHEREFORE,** Roseland prays judgment against the defendants CGLIC, John Does 1-10

and ABC Corporations 1-10, jointly and severally as follows:

(a)    Compensatory and consequential damages, including but not limited to:

        a. money damages in an amount of not less than $7,383,758.73;

        b. loss of earnings;

        c. loss of business;

        d. loss of profits;

        e. Interest;

        f. Punitive damages;

(b)    Special damages for Roseland's inability to sell or market business after CGLIC deliberately sought to and took steps to injure Roseland's business by falsely accusing Roseland of fraud, and as otherwise alleged in this pleading.

(c)    Reasonable attorneys fees and costs of preparation of this action; and

(d)    For such other and further relief as this court may deem just and proper.

## THIRD COUNT
(Common Law Fraud −
Against All Counterclaim Defendants)

73.    Roseland refers to and by this reference incorporates herein ¶¶ 1 through 72 of the Answer and Counterclaim as though more fully set forth herein at length.

74.    Since approximately March 2008 and continuing to date, Counterclaim Defendants entered into a scheme to defraud Roseland through the submission of a pattern of false, misleading, and fraudulent contracts which although obligating CGLIC to pay over a sum certain without audit or other disputation, and at considerable discount to Roseland, CGLIC aided and abetted by John Does1-10 and ABC Corporations 1-10 deliberately asserted a right to audit the claims subject of the

contracts in which CGLIC had earlier ostensibly given up their right to audit so that CGLIC could evade its obligation, or otherwise set off or reduce the amount to be paid to Roseland on new claims.

75.     As a part of this scheme to defraud Roseland, Counterclaim Defendants have materially misrepresented (and continue to materially misrepresent) the amount they assert they are entitled to recoup based upon inaccurate calculations of reimbursements as Roseland demonstrates, and by omitting the discounted total amount exceeding $3,730,000 which was achieved after CGLIC negotiated discounts with Roseland in order to defraud Roseland out of the amount due Roseland from CGLIC.

76.     Counterclaim Defendants' bad faith and actual malice in submitting misleading, fraudulent, and excessive recoupment claims, which seriously overstated the amount recoverable, and the ignored the Viant contracts which prohibited audits and did not disclose any obligation on the part of Roseland to recover coinsurance from the enrollee constitutes intentional wrongdoing. As such, Roseland is entitled to receive punitive damages pursuant to N.J.S.A. § 2A:15-5.10 for such conduct.

**WHEREFORE**, Roseland demands judgment in its favor and against Counterclaim Defendants for all its compensatory and special damages in such amounts as may be established at trial, including costs of suit and attorneys' fees, and for punitive damages, and all other relief that the Court deems just and appropriate for Counterclaim Defendants' acts of common law fraud.

/s/ Anthony K. Modafferi, III
Anthony K. Modafferi, III
**THE AGRESTA FIRM, P.C.**
24 Grand Avenue
Englewood, New Jersey 07631
(201) 399-6888
anthony@agrestalaw.com
robert@agrestalaw.com
*Attorneys for Defendant,*
*Roseland Ambulatory Surgery Center, LLC*

Dated: September 25, 2013

## DESIGNATION OF TRIAL COUNSEL

Anthony K. Modafferi, III, is hereby designated as trial counsel for the plaintiff in the above-captioned matter.

/s/ Anthony K. Modafferi, III
Anthony K. Modafferi, III
**THE AGRESTA FIRM, P.C.**
24 Grand Avenue
Englewood, New Jersey 07631
(201) 399-6888
anthony@agrestalaw.com
robert@agrestalaw.com
*Attorneys for Defendant,*
*Roseland Ambulatory Surgery Center, LLC*

Dated: September 25, 2013

**CLAIMS PAID TO ROSELAND BY CIGNA HEALTHCARE- MARCH 2008-AUGUST 2011**

| DATE OF SERVICE | INITIALS | BILLED AMOUNT | NEGOTIATED AMOUNT | PAID AMOUNT | PATIENT'S RESPONSIBILITY | DISCOUNTED AMOUNT | Claims Paid at 100% |
|---|---|---|---|---|---|---|---|
| 8/5/08 | AR | $7,525.00 | $6,275.00 | $3,890.01 | $2,384.99 | $1,250.00 | |
| 8/19/08 | AR | $5,350.00 | $4,815.00 | $3,929.40 | $885.60 | $535.00 | |
| 8/26/08 | AR | $5,350.00 | $0.00 | $1,544.17 | $0.00 | $3,805.83 | |
| 9/23/08 | AR | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 3/26/10 | AD | $8,800.00 | $6,160.00 | $4,242.00 | $1,918.00 | $2,640.00 | |
| 5/14/11 | AY | $8,800.00 | $6,160.00 | $3,396.00 | $2,764.00 | $2,640.00 | |
| 5/14/11 | AZ | $8,800.00 | $6,160.00 | $3,396.00 | $2,764.00 | $2,640.00 | |
| 3/28/09 | AA | $6,465.00 | $4,904.52 | $3,678.39 | $1,226.13 | $1,560.48 | |
| 9/3/10 | AK | $25,075.75 | $17,553.03 | $13,237.19 | $4,315.84 | $7,522.72 | |
| 12/29/09 | AR | $16,000.00 | $9,600.00 | $9,600.00 | $0.00 | $6,400.00 | $9,600.00 |
| 6/21/10 | AA | $26,250.00 | $18,375.00 | $15,212.98 | $3,162.02 | $7,875.00 | |
| 6/24/10 | AJ | $22,727.00 | $13,636.20 | $10,445.05 | $3,348.11 | $9,090.80 | |
| 4/21/09 | AJRE | $2,275.00 | $0.00 | $1,231.55 | $307.88 | $735.57 | |
| 5/5/09 | AJRE | $2,275.00 | $0.00 | $1,031.55 | $507.88 | $735.57 | |
| 5/12/09 | AJRE | $2,275.00 | $0.00 | $1,231.55 | $307.88 | $735.57 | |
| 5/19/09 | AJRE | $2,275.00 | $0.00 | $1,231.55 | $307.88 | $735.57 | |
| 6/2/09 | AJRE | $2,275.00 | $0.00 | $1,074.56 | $464.87 | $735.57 | |
| 6/9/09 | AJRE | $2,275.00 | $0.00 | $1,074.56 | $464.87 | $735.57 | |
| 6/30/09 | AJRE | $2,550.00 | $0.00 | $1,312.00 | $31.20 | $1,206.80 | |
| 7/14/09 | AJRE | $2,550.00 | $0.00 | $1,343.20 | $0.00 | $1,206.80 | $1,343.20 |
| 7/28/09 | AJRE | $2,550.00 | $0.00 | $1,343.20 | $0.00 | $1,206.80 | $1,343.20 |
| 10/20/10 | AG | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 11/10/10 | AG | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 3/24/09 | AJ | $5,900.00 | $0.00 | $4,779.68 | $1,120.32 | $0.00 | |
| 4/7/09 | AJ | $5,900.00 | $3,540.00 | $2,124.00 | $1,416.00 | $2,360.00 | |
| 11/11/09 | AI | $8,700.00 | $5,220.00 | $1,330.13 | $2,598.00 | $3,480.00 | |
| 11/24/10 | AD | $8,800.00 | $0.00 | $4,175.00 | $400.00 | $4,225.00 | |
| 2/10/11 | AM | $41,487.50 | $29,041.25 | $27,041.25 | $2,000.00 | $12,446.25 | |
| 7/31/08 | AA | $10,500.00 | $0.00 | $2,368.80 | $2,515.20 | $5,616.00 | |
| 7/17/08 | AM | $4,750.00 | $0.00 | $1,773.80 | $0.00 | $2,976.20 | |
| 8/23/10 | AA | $8,700.00 | $6,090.00 | $3,563.00 | $2,527.00 | $2,610.00 | |
| 7/31/08 | AM | $4,750.00 | $4,275.00 | $2,992.50 | $1,282.50 | $475.00 | |
| 5/30/08 | BL | $5,500.00 | $5,060.00 | $4,955.34 | $104.66 | $440.00 | |
| 5/4/11 | BO | $8,700.00 | $6,090.00 | $3,474.00 | $2,616.00 | $2,610.00 | |
| 6/26/09 | BE | $11,485.00 | $8,000.00 | $8,000.00 | $0.00 | $3,485.00 | $8,000.00 |
| 11/25/09 | BT | $8,700.00 | $5,220.00 | $2,111.82 | $1,601.00 | $3,480.00 | |
| 5/14/10 | BR | $8,800.00 | $6,160.00 | $6,160.00 | $0.00 | $2,640.00 | $6,160.00 |
| 5/17/10 | BR | $8,800.00 | $6,160.00 | $4,866.33 | $1,293.67 | $2,640.00 | |
| 8/18/09 | BB | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | |
| 9/1/09 | BB | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 9/15/09 | BB | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 9/29/09 | BB | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 10/28/2009 | BB | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 9/20/10 | BV | $8,700.00 | $6,090.00 | $4,847.56 | $1,242.44 | $2,610.00 | |
| 6/19/08 | BR | $5,500.00 | $4,400.00 | $3,821.30 | $578.71 | $1,100.00 | |
| 7/15/10 | BR | $8,800.00 | $6,160.00 | $4,312.00 | $1,848.00 | $2,640.00 | |
| 5/11/10 | BIS | $19,000.00 | $13,020.00 | $10,360.00 | $2,660.00 | $5,980.00 | |
| 11/12/08 | BS/AA | $4,750.00 | $0.00 | $4,264.00 | $486.00 | $0.00 | |
| 5/13/10 | BD | $8,800.00 | $5,574.83 | $4,586.71 | $988.12 | $979.11 | |
| 4/30/10 | BT | $8,700.00 | $6,090.00 | $3,878.00 | $2,212.00 | $2,610.00 | |
| 10/4/08 | BG | $5,000.00 | $0.00 | $1,120.00 | $0.00 | $3,880.00 | |
| 5/13/10 | BG | $8,700.00 | $6,090.00 | $2,689.91 | $3,400.99 | $2,610.00 | |
| 3/6/10 | BE | $8,800.00 | $6,160.00 | $2,333.83 | $3,826.17 | $2,640.00 | |
| 1/6/11 | BL | $8,700.00 | $6,090.00 | $2,754.00 | $3,336.00 | $2,610.00 | |
| 4/1/11 | BJ | $50,900.00 | $35,630.00 | $34,230.00 | $1,400.00 | $15,270.00 | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/11/10 | BS | $32,000.00 | $22,400.00 | $22,400.00 | $0.00 | $9,600.00 | $22,400.00 |
| 4/24/08 | BA | $10,250.00 | $7,415.00 | $4,840.50 | $2,574.50 | $2,835.00 | |
| 8/7/10 | BA | $17,500.00 | $12,250.00 | $8,406.68 | $3,843.32 | $5,250.00 | |
| 8/27/10 | CC | $26,850.00 | $18,795.00 | $16,728.43 | $2,066.57 | $8,055.00 | |
| 2/3/10 | CR | $8,800.00 | $6,160.00 | $3,927.00 | $2,233.00 | $2,640.00 | |
| 9/22/09 | CK | $6,950.00 | $4,170.00 | $1,740.25 | $1,065.82 | $2,780.00 | |
| 10/6/2009 | CK | $6,950.00 | $4,170.00 | $1,964.25 | $841.82 | $2,780.00 | |
| 10/20/2009 | CK | $6,950.00 | $0.00 | $1,964.25 | $841.82 | $4,143.93 | |
| 11/4/2009 | CK | $9,900.00 | $4,461.50 | $3,123.05 | $1,338.45 | $5,438.50 | |
| 12/2/2009 | CK | $9,900.00 | $5,276.25 | $5,016.53 | $259.72 | $4,623.75 | |
| 12/16/2009 | CK | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 1/13/2010 | CK | $9,900.00 | $5,940.00 | $4,673.70 | $1,266.30 | $3,960.00 | |
| 2/11/2010 | CK | $9,900.00 | $5,940.00 | $4,673.70 | $1,266.30 | $3,960.00 | |
| 3/10/2010 | CK | $9,900.00 | $5,940.00 | $5,031.40 | $908.60 | $3,960.00 | |
| 4/7/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/5/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 6/2/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 6/30/10 | CK | $9,900.00 | $5,940.00 | $5,643.00 | $297.00 | $3,960.00 | |
| 7/28/10 | CK | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 8/25/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/22/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/20/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 11/17/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 12/8/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 12/22/10 | CK | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 1/26/11 | CK | $9,900.00 | $5,940.00 | $3,633.00 | $2,307.00 | $3,960.00 | |
| 2/16/11 | CK | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 3/9/11 | CK | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 3/30/11 | CK | $9,900.00 | $5,940.00 | $3,983.00 | $1,957.00 | $3,960.00 | |
| 4/27/11 | CK | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 5/18/11 | CK | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 6/8/11 | CK | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 6/29/11 | CK | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 7/20/11 | CK | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 8/10/11 | CK | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 6/3/08 | CJ | $5,350.00 | $3,480.00 | $1,266.00 | $2,214.00 | $1,870.00 | |
| 6/17/08 | CJ | $5,350.00 | $4,815.00 | $2,610.10 | $2,204.90 | $535.00 | |
| 7/1/08 | CJ | $5,350.00 | $4,815.00 | $4,150.80 | $0.00 | $535.00 | $4,815.00 |
| 7/15/08 | CJ | $5,350.00 | $4,815.00 | $4,287.58 | $527.42 | $535.00 | |
| 12/28/09 | CA | $15,000.00 | $9,000.00 | $4,500.00 | $4,500.00 | $6,000.00 | |
| 1/19/11 | CD | $8,700.00 | $6,090.00 | $3,654.00 | $2,436.00 | $2,610.00 | |
| 11/13/08 | CT | $10,500.00 | $7,277.87 | $5,094.51 | $2,183.36 | $3,222.13 | |
| 3/24/10 | CA | $9,900.00 | $5,940.00 | $4,743.31 | $1,196.69 | $3,960.00 | |
| 4/7/10 | CA | $9,900.00 | $5,940.00 | $5,359.69 | $580.31 | $3,960.00 | |
| 4/28/10 | CA | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/6/10 | CM | $27,195.00 | $16,317.00 | $15,175.55 | $1,141.45 | $10,878.00 | |
| 3/17/10 | CR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 3/31/10 | CR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/7/10 | CR | $8,800.00 | $6,160.00 | $6,160.00 | $0.00 | $2,640.00 | $6,160.00 |
| 4/14/10 | CR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/5/10 | CR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 6/9/10 | CR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/7/10 | CR | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 9/8/10 | CR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/6/10 | CR | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 4/7/10 | CP | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 5/19/10 | CP | $9,900.00 | $5,940.00 | $4,191.30 | $1,748.70 | $3,960.00 | |
| 6/16/10 | CP | $18,750.00 | $11,250.00 | $11,250.00 | $0.00 | $7,500.00 | $11,250.00 |
| 9/15/10 | CP | $20,962.50 | $0.00 | $4,507.76 | $0.00 | $16,454.74 | |

Page 2

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/29/09 | CM | $6,520.00 | $4,880.00 | $3,416.00 | $1,464.00 | $1,640.00 | |
| 5/27/09 | CM | $6,465.00 | $4,658.00 | $3,260.60 | $1,397.40 | $1,807.00 | |
| 3/31/10 | CAM | $9,900.00 | $5,940.00 | $2,694.98 | $3,245.02 | $3,960.00 | |
| 4/7/10 | CAM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/14/10 | CAM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/28/10 | CAM | $9,900.00 | $5,940.00 | $4,940.96 | $996.04 | $3,960.00 | |
| 5/26/10 | CAM | $9,900.00 | $5,940.00 | $4,379.15 | $1,560.85 | $3,960.00 | |
| 2/5/09 | CL | $12,985.00 | $8,532.80 | $7,308.62 | $1,224.18 | $4,452.20 | |
| 9/23/10 | CD | $54,250.00 | $0.00 | $10,581.93 | $250.00 | $43,418.07 | |
| 5/12/09 | CT | $5,900.00 | $4,000.00 | $3,445.91 | $554.09 | $1,900.00 | |
| 6/2/09 | CT | $5,900.00 | $4,000.00 | $3,183.43 | $816.57 | $1,900.00 | |
| 4/13/11 | CA | $9,900.00 | $5,940.00 | $5,077.44 | $862.56 | $3,960.00 | |
| 4/27/11 | CA | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/23/09 | CC | $6,950.00 | $4,170.00 | $4,170.00 | $0.00 | $2,780.00 | $4,170.00 |
| 11/4/2009 | CC | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 1/27/2010 | CC | $9,900.00 | $0.00 | $1,757.00 | $803.00 | $7,340.00 | |
| 3/3/2010 | CC | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 4/14/10 | CC | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/26/10 | CC | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 | |
| 12/5/08 | CG | $5,000.00 | $0.00 | $2,920.13 | $324.46 | $1,755.41 | |
| 4/24/09 | CG | $6,465.00 | $4,904.50 | $3,624.50 | $1,280.00 | $1,560.50 | |
| 4/30/10 | CC | $8,700.00 | $6,090.00 | $4,947.20 | $1,514.90 | $2,610.00 | |
| 9/30/09 | CS | $8,800.00 | $5,280.00 | $1,562.57 | $2,343.44 | $3,250.00 | |
| 8/19/10 | CJ | $8,800.00 | $6,160.00 | $4,172.00 | $1,988.00 | $2,640.00 | |
| 12/23/09 | CR | $8,700.00 | $5,220.00 | $3,368.95 | $1,851.05 | $3,480.00 | |
| 8/21/09 | CJ | $8,800.00 | $5,895.00 | $4,791.78 | $1,103.22 | $2,905.00 | |
| 9/15/09 | CS | $6,950.00 | $4,400.00 | $1,890.00 | $2,510.00 | $2,550.00 | |
| 7/25/11 | CE | $8,700.00 | $6,090.00 | $3,654.00 | $2,436.00 | $2,610.00 | |
| 7/25/11 | CJ | $8,700.00 | $6,090.00 | $3,540.60 | $2,549.40 | $2,610.00 | |
| 5/1/09 | CL | $6,520.00 | $4,200.00 | $3,160.00 | $1,040.00 | $2,320.00 | |
| 10/20/10 | CW | $9,900.00 | $5,940.00 | $3,564.00 | $2,376.00 | $3,960.00 | |
| 11/10/10 | CW | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 11/24/10 | CW | $9,900.00 | $5,940.00 | $5,038.67 | $901.33 | $3,960.00 | |
| 12/8/10 | CW | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/23/09 | CD | $6,950.00 | $4,200.00 | $4,200.00 | $0.00 | $2,750.00 | $4,200.00 |
| 10/21/2009 | CD | $6,950.00 | $4,221.00 | $2,806.07 | $0.00 | $2,729.00 | $4,221.00 |
| 11/18/2009 | CD | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/9/2009 | CB | $6,950.00 | $4,221.00 | $2,532.60 | $1,688.40 | $2,729.00 | |
| 1/6/2010 | CB | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/16/09 | CE | $6,950.00 | $4,875.00 | $3,752.57 | $1,122.43 | $2,075.00 | |
| 10/14/2009 | CE | $6,950.00 | $0.00 | $2,806.07 | $0.00 | $4,143.93 | |
| 11/4/2009 | CE | $9,900.00 | $5,940.00 | $4,461.50 | $0.00 | $3,960.00 | $5,940.00 |
| 5/3/10 | CG | $17,600.00 | $12,320.00 | $7,301.34 | $5,018.66 | $5,280.00 | |
| 6/2/09 | DW | $5,900.00 | $3,540.00 | $1,984.86 | $821.21 | $2,360.00 | |
| 6/16/09 | DW | $5,900.00 | $3,540.00 | $2,244.86 | $561.21 | $2,360.00 | |
| 6/30/09 | DW | $6,950.00 | $4,170.00 | $3,608.78 | $561.22 | $2,780.00 | |
| 7/14/09 | DW | $9,900.00 | $5,940.00 | $2,760.51 | $381.36 | $3,960.00 | |
| 7/28/09 | DW | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 8/25/09 | DW | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 6/27/11 | DS | $8,800.00 | $6,160.00 | $3,612.00 | $2,548.00 | $2,640.00 | |
| 9/9/09 | DJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 9/23/09 | DJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 10/7/2009 | DJ | $9,900.00 | $5,940.00 | $3,012.27 | $0.00 | $3,960.00 | $5,940.00 |
| 10/28/2009 | DJ | $9,900.00 | $5,940.00 | $4,461.50 | $0.00 | $3,960.00 | $5,940.00 |
| 11/17/2009 | DJ | $16,625.00 | $9,975.00 | $9,975.00 | $0.00 | $6,650.00 | $5,940.00 |
| 12/23/2009 | DJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 1/20/2010 | DJ | $10,350.00 | $7,245.00 | $6,825.66 | $419.34 | $3,105.00 | |
| 2/3/2010 | DJ | $14,325.00 | $10,027.50 | $8,308.50 | $1,719.00 | $4,297.50 | |
| 2/17/2010 | DJ | $14,325.00 | $10,027.50 | $6,016.50 | $4,011.00 | $4,297.50 | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/10/2010 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 4/7/10 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 4/28/10 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 6/2/10 | DJ | $20,962.50 | $14,673.75 | $14,673.75 | $0.00 | $6,288.75 | $14,673.75 |
| 6/16/10 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 6/30/10 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 7/28/10 | DJ | $14,775.00 | $10,342.50 | $10,342.50 | $0.00 | $4,432.50 | $10,324.50 |
| 8/3/10 | DJ | $13,518.75 | $9,463.13 | $9,463.13 | $0.00 | $4,055.62 | $9,463.13 |
| 8/18/10 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 9/29/10 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 12/15/10 | DJ | $16,537.50 | $11,576.25 | $11,576.25 | $0.00 | $4,961.25 | $11,576.25 |
| 1/5/11 | DJ | $14,325.00 | $10,027.50 | $6,016.50 | $4,011.00 | $4,297.50 | |
| 2/3/11 | DJ | $20,962.50 | $14,673.75 | $14,036.75 | $637.00 | $6,288.75 | |
| 4/6/11 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 4/20/11 | DJ | $7,687.50 | $5,381.25 | $5,381.25 | $0.00 | $2,306.25 | $5,381.25 |
| 5/4/11 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 5/25/11 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 8/10/11 | DJ | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 11/10/09 | DD | $10,530.00 | $6,318.00 | $4,214.40 | $0.00 | $4,212.00 | $6,318.00 |
| 10/27/10 | DF | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 8/23/10 | DE | $8,700.00 | $6,090.00 | $3,547.20 | $2,542.80 | $2,610.00 | |
| 1/9/09 | DM | $10,529.00 | $8,100.00 | $6,460.00 | $1,640.00 | $2,700.97 | |
| 2/20/09 | DM | $15,489.00 | $13,063.84 | $13,063.84 | $0.00 | $2,425.16 | $13,063.84 |
| 3/13/09 | DM | $10,530.00 | $7,300.00 | $7,300.00 | $0.00 | $3,230.00 | $7,300.00 |
| 5/15/09 | DM | $9,152.00 | $7,100.00 | $7,100.00 | $0.00 | $2,052.00 | $7,100.00 |
| 6/5/09 | DM | $8,320.00 | $5,609.08 | $5,609.08 | $0.00 | $2,710.92 | $5,609.08 |
| 12/9/2009 | DJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 1/6/2010 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 1/20/2010 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 2/17/2010 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/4/11 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/18/11 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 6/1/11 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/13/11 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/27/11 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 8/10/11 | DJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/27/10 | DG | $8,800.00 | $6,160.00 | $4,528.00 | $1,632.00 | $4,272.00 | |
| 11/18/2009 | DW | $6,950.00 | $4,221.00 | $2,352.60 | $1,868.40 | $2,729.00 | |
| 12/2/2009 | DW | $6,950.00 | $4,221.00 | $2,532.60 | $1,688.40 | $2,729.00 | |
| 12/23/2009 | DW | $6,950.00 | $4,221.00 | $2,532.60 | $1,688.40 | $2,729.00 | |
| 1/6/2010 | DW | $14,325.00 | $10,027.50 | $7,447.50 | $2,580.00 | $4,297.00 | |
| 2/3/2010 | DW | $20,962.50 | $14,673.75 | $14,673.75 | $0.00 | $6,288.75 | $14,673.75 |
| 2/24/2010 | DW | $9,900.00 | $6,930.00 | $4,747.50 | $2,182.50 | $2,970.00 | |
| 3/3/2010 | DW | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 7/13/10 | DW | $15,300.00 | $10,710.00 | $9,892.80 | $817.20 | $4,590.00 | |
| 10/14/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 10/28/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 11/4/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 11/18/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 12/2/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 12/23/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 12/30/08 | DL | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 10/21/09 | DL | $6,950.00 | $0.00 | $1,233.15 | $822.10 | $4,894.75 | |
| 11/11/09 | DL | $6,950.00 | $0.00 | $1,936.68 | $1,291.12 | $3,722.20 | |
| 12/2/09 | DL | $6,950.00 | $0.00 | $1,936.68 | $1,291.12 | $3,722.20 | |
| 1/5/11 | DC | $14,325.00 | $8,595.00 | $6,016.50 | $2,078.50 | $5,730.00 | |
| 9/8/09 | DC | $6,950.00 | $4,600.00 | $3,583.18 | $1,016.82 | $2,350.00 | |
| 9/22/09 | DC | $6,950.00 | $4,170.00 | $1,789.25 | $1,016.82 | $2,780.00 | |
| 10/6/2009 | DC | $6,950.00 | $4,170.00 | $2,240.78 | $631.89 | $2,780.00 | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| Date | Code | Amount | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 4/30/10 | EA | $8,800.00 | $6,160.00 | $3,246.00 | $2,914.00 | $2,640.00 | |
| 6/17/08 | EM | $5,350.00 | $0.00 | $4,150.80 | $0.00 | $1,199.20 | |
| 7/1/08 | EM | $5,350.00 | $0.00 | $2,217.37 | $0.00 | $2,350.00 | |
| 7/15/08 | EM | $5,350.00 | $0.00 | $1,549.80 | $664.20 | $3,136.00 | |
| 7/29/08 | EM | $7,525.00 | $0.00 | $5,827.48 | $135.02 | $1,562.50 | |
| 8/12/08 | EM | $7,525.00 | $0.00 | $5,962.50 | $0.00 | $1,562.50 | |
| 8/26/08 | EM | $7,525.00 | $0.00 | $2,591.16 | $0.00 | $4,933.84 | |
| 5/9/11 | FJ | $14,000.00 | $8,400.00 | $5,880.00 | $2,520.00 | $5,600.00 | |
| 2/23/11 | FP | $8,800.00 | $6,160.00 | $4,688.00 | $1,472.00 | $2,640.00 | |
| 2/23/11 | FR | $8,800.00 | $6,160.00 | $4,688.00 | $1,472.00 | $2,640.00 | |
| 3/2/11 | FT | $9,900.00 | $5,940.00 | $3,564.00 | $2,376.00 | $3,960.00 | |
| 3/16/11 | FT | $9,900.00 | $5,940.00 | $4,079.66 | $1,860.34 | $3,960.00 | |
| 3/30/11 | FT | $9,900.00 | $5,940.00 | $4,518.34 | $1,421.66 | $3,960.00 | |
| 4/13/11 | FT | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/27/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 5/11/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 5/25/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 6/8/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 6/22/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 7/6/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 7/20/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 8/3/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 8/17/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 8/31/11 | FT | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 4/21/10 | FBJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/30/09 | FBJ | $6,950.00 | $0.00 | $1,683.64 | $1,122.43 | $4,143.93 | |
| 11/4/2009 | FBJ | $6,950.00 | $0.00 | $4,170.00 | $1,688.40 | $0.00 | |
| 8/27/10 | FS | $18,000.00 | $12,600.00 | $11,513.66 | $1,086.34 | $5,400.00 | |
| 1/8/09 | FY | $6,520.00 | $4,882.30 | $3,224.46 | $1,657.84 | $1,637.70 | |
| 1/22/09 | FY | $6,465.00 | $4,600.00 | $3,262.38 | $1,337.62 | $1,865.00 | |
| 3/30/11 | FJ | $8,800.00 | $6,160.00 | $3,080.00 | $3,080.00 | $2,640.00 | |
| 3/29/10 | FJ | $8,800.00 | $6,160.00 | $3,262.00 | $2,898.00 | $2,640.00 | |
| 4/26/10 | FJ | $8,700.00 | $6,090.00 | $4,263.00 | $1,827.00 | $2,610.00 | |
| 12/4/08 | FA | $4,750.00 | $3,800.00 | $2,660.00 | $1,140.00 | $950.00 | |
| 3/29/11 | FA | $8,800.00 | $6,160.00 | $6,160.00 | $0.00 | $2,640.00 | $6,160.00 |
| 4/26/11 | FA | $8,700.00 | $6,090.00 | $6,090.00 | $0.00 | $2,610.00 | $6,090.00 |
| 10/13/2009 | FB | $6,950.00 | $5,560.00 | $5,560.00 | $0.00 | $1,390.00 | $5,560.00 |
| 7/21/09 | FB | $6,950.00 | $0.00 | $1,950.06 | $102.72 | $4,897.22 | |
| 8/4/09 | FB | $6,950.00 | $3,760.82 | $2,898.00 | $862.82 | $3,189.18 | |
| 8/25/09 | FB | $6,950.00 | $0.00 | $2,261.01 | $841.82 | $4,143.93 | |
| 3/26/09 | FM | $6,465.00 | $4,904.52 | $3,683.62 | $1,220.90 | $1,560.48 | |
| 5/1/10 | FM | $17,600.00 | $12,320.00 | $9,453.86 | $2,866.14 | $5,280.00 | |
| 4/15/09 | FA | $6,520.00 | $4,800.00 | $2,975.00 | $1,825.00 | $1,720.00 | |
| 3/21/09 | FA | $13,040.00 | $8,300.00 | $3,917.63 | $4,382.37 | $4,740.00 | |
| 12/1/10 | GG | $9,900.00 | $5,940.00 | $3,983.00 | $1,957.00 | $3,960.00 | |
| 11/1/08 | GV | $4,750.00 | $4,000.00 | $2,960.00 | $1,040.00 | $750.00 | |
| 6/9/10 | GM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 6/23/10 | GM | $9,900.00 | | $0.00 | $0.00 | $9,900.00 | |
| 7/7/10 | GM | $20,962.50 | | $0.00 | $0.00 | $20,962.50 | |
| 7/28/10 | GM | $20,962.50 | | $0.00 | $0.00 | $20,962.50 | |
| 8/11/10 | GM | $20,962.50 | | $0.00 | $0.00 | $20,962.50 | |
| 8/25/10 | GM | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 9/8/10 | GM | $20,962.50 | | $0.00 | $0.00 | $20,962.50 | |
| 9/22/10 | GM | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 10/6/10 | GM | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 7/20/11 | GP | $8,700.00 | $6,090.00 | $4,123.00 | $1,767.00 | $2,810.00 | |
| 8/20/10 | GH | $17,000.00 | $11,900.00 | $10,731.20 | $1,168.80 | $5,100.00 | |
| 11/3/2009 | GM | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 11/18/2009 | GM | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| 12/2/2009 | GM | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
|---|---|---|---|---|---|---|---|
| 12/16/2009 | GM | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/30/2009 | GM | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 2/3/2010 | GM | $9,900.00 | $5,940.00 | $4,673.70 | $1,266.30 | $3,960.00 | |
| 2/17/2010 | GM | $9,900.00 | $5,940.00 | $4,673.69 | $1,266.30 | $3,960.00 | |
| 3/17/10 | GM | $9,900.00 | $5,940.00 | $4,744.61 | $1,195.39 | $3,960.00 | |
| 12/23/10 | GC | $8,800.00 | $6,160.00 | $3,658.68 | $2,501.32 | $2,640.00 | |
| 9/16/09 | GG | $8,700.00 | $5,000.00 | $3,500.00 | $1,502.98 | $3,700.00 | |
| 9/14/10 | GS | $21,116.00 | $14,781.20 | $9,308.34 | $5,472.86 | $6,334.80 | |
| 3/2/10 | GPR | $24,000.00 | $16,800.00 | $8,158.86 | $8,641.14 | $7,200.00 | |
| 6/16/10 | GE | $9,900.00 | $5,940.00 | $3,265.50 | $2,674.50 | $3,960.00 | |
| 5/12/10 | GL | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 4/26/11 | GL | $17,500.00 | $12,250.00 | $5,205.97 | $7,044.03 | $5,250.00 | |
| 12/17/08 | GR | $4,750.00 | $0.00 | $2,964.64 | $379.41 | $1,405.95 | |
| 1/29/10 | GP | $8,800.00 | $6,160.00 | $3,927.00 | $2,233.00 | $2,640.00 | |
| 1/29/09 | GM | $6,520.00 | $4,882.29 | $2,929.37 | $1,952.92 | $1,637.71 | |
| 10/28/10 | GG | $8,700.00 | $6,090.00 | $5,822.98 | $267.02 | $2,610.00 | |
| 8/21/10 | GI | $15,100.00 | $10,570.00 | $6,282.00 | $4,288.00 | $4,530.00 | |
| 9/23/09 | GJ | $6,950.00 | $4,875.00 | $4,875.00 | $0.00 | $2,075.00 | $4,875.00 |
| 10/7/2009 | GJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 11/4/2009 | GJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/9/2009 | GJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 1/6/2010 | GJ | $9,900.00 | $5,940.00 | $5,406.07 | $533.93 | $3,960.00 | |
| 2/3/2010 | GJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 3/3/2010 | GJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/7/10 | GJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/21/10 | GJ | $9,900.00 | $5,940.00 | $4,379.15 | $1,560.85 | $3,960.00 | |
| 5/5/10 | GJ | $9,900.00 | $5,940.00 | $4,379.15 | $1,560.85 | $3,960.00 | |
| 5/19/10 | GJ | $9,900.00 | | $0.00 | $0.00 | $9,900.00 | |
| 6/2/10 | GJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 12/20/08 | GL | $5,000.00 | $41,222.00 | $2,499.71 | $1,622.29 | $878.00 | |
| 2/12/09 | GL | $6,520.00 | $4,800.00 | $4,561.89 | $238.11 | $1,720.00 | |
| 2/3/11 | GZ | $20,962.50 | $12,577.50 | $9,064.69 | $3,512.81 | $8,385.00 | |
| 2/16/11 | GZ | $20,962.50 | $0.00 | $4,782.16 | $0.00 | $16,180.34 | |
| 3/2/11 | GZ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,690.00 | $5,940.00 |
| 3/16/11 | GZ | $9,900.00 | $0.00 | $9,900.00 | $0.00 | $0.00 | $9,900.00 |
| 3/30/11 | GZ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,690.00 | $5,940.00 |
| 4/13/11 | GZ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,690.00 | $5,940.00 |
| 2/22/11 | HJ | $8,800.00 | $6,160.00 | $3,713.50 | $2,446.50 | $2,640.00 | |
| 5/26/09 | HJRG | $5,900.00 | $3,540.00 | $3,540.00 | $0.00 | $2,360.00 | $3,540.00 |
| 6/9/09 | HJRG | $5,900.00 | $3,540.00 | $3,540.00 | $0.00 | $2,360.00 | $3,540.00 |
| 7/7/09 | HJRG | $6,950.00 | $0.00 | $5,285.58 | $1,664.42 | $0.00 | |
| 7/28/09 | HJRG | $6,950.00 | $0.00 | $6,950.00 | $0.00 | $0.00 | $6,950.00 |
| 8/25/09 | HJRG | $6,950.00 | $0.00 | $6,950.00 | $0.00 | $0.00 | $6,950.00 |
| 4/24/09 | HJ | $6,520.00 | $4,880.00 | $4,220.01 | $659.99 | $1,640.00 | |
| 5/5/09 | HN | $5,900.00 | $0.00 | $1,151.21 | $493.37 | $4,255.42 | |
| 9/11/09 | HJ | $8,700.00 | $5,200.00 | $3,180.74 | $2,019.26 | $3,500.00 | |
| 11/25/2009 | HI | $6,950.00 | $4,221.00 | $2,721.00 | $1,500.00 | $2,729.00 | |
| 12/9/2009 | HI | $6,950.00 | $6,950.00 | $4,824.50 | $2,125.50 | $0.00 | |
| 12/23/2009 | HI | $6,950.00 | $6,950.00 | $2,725.00 | $4,225.00 | $0.00 | |
| 1/13/2010 | HI | $14,325.00 | $10,027.50 | $5,621.87 | $4,405.63 | $4,297.50 | |
| 2/11/2010 | HI | $14,325.00 | $10,027.50 | $8,527.50 | $1,500.00 | $4,297.50 | |
| 4/13/11 | HC | $8,700.00 | $6,090.00 | $3,474.00 | $2,616.00 | $2,610.00 | |
| 10/24/09 | HV | $8,700.00 | $5,220.00 | $2,213.50 | $1,284.00 | $3,480.00 | |
| 3/11/10 | HV | $8,800.00 | $6,160.00 | $4,928.00 | $1,232.00 | $2,640.00 | |
| 5/18/10 | HJ | $8,700.00 | $6,090.00 | $3,977.32 | $2,112.68 | $2,610.00 | |
| 1/13/2010 | IM | $9,900.00 | $5,940.00 | $5,150.00 | $790.00 | $3,960.00 | |
| 1/27/2010 | IM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 2/17/2010 | IM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| 3/17/10 | IM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 3/31/10 | IM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/14/10 | IM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/19/10 | IM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 3/24/10 | IE | $8,700.00 | $6,090.00 | $5,055.91 | $1,034.09 | $2,610.00 | |
| 11/22/10 | JJ | $8,700.00 | $6,090.00 | $6,090.00 | $0.00 | $2,610.00 | $6,090.00 |
| 2/28/11 | JJ | $8,800.00 | $6,160.00 | $3,612.00 | $2,548.00 | $2,640.00 | |
| 2/3/10 | JL | $8,700.00 | $6,090.00 | $3,563.00 | $2,527.00 | $2,610.00 | |
| 12/9/2009 | JD | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 1/6/2010 | JD | $14,325.00 | $10,027.50 | $7,295.72 | $2,731.78 | $4,297.50 | |
| 7/29/08 | JC | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |
| 8/12/08 | JC | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |
| 8/26/08 | JC | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 11/4/08 | JC | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |
| 11/18/08 | JC | $5,350.00 | $3,320.00 | $3,320.00 | $0.00 | $2,030.00 | $3,320.00 |
| 12/2/08 | JC | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |
| 11/20/10 | JS | $8,800.00 | $6,160.00 | $4,261.73 | $1,898.27 | $2,640.00 | |
| 3/17/10 | JA | $9,900.00 | $5,940.00 | $3,564.00 | $2,376.00 | $3,960.00 | |
| 4/14/10 | JA | $9,900.00 | $5,940.00 | $3,564.00 | $2,376.00 | $3,960.00 | |
| 6/14/08 | JK | $5,000.00 | $3,750.00 | $1,505.00 | $2,245.00 | $1,250.00 | |
| 11/13/08 | JR | $10,500.00 | $0.00 | $5,500.00 | $0.00 | $5,000.00 | |
| 5/21/10 | JE | $8,800.00 | $6,160.00 | $4,162.83 | $2,058.00 | $2,640.00 | |
| 10/30/09 | JP | $8,800.00 | $5,280.00 | $2,240.34 | $0.00 | $3,520.00 | $5,280.00 |
| 11/25/2009 | JW | $6,950.00 | $4,221.00 | $2,604.70 | $1,616.30 | $2,729.00 | |
| 12/9/2009 | JW | $6,950.00 | $4,221.00 | $2,954.70 | $1,266.30 | $2,729.00 | |
| 12/30/2009 | JW | $6,950.00 | $4,221.00 | $2,954.70 | $1,266.30 | $2,729.00 | |
| 2/11/2010 | JW | $14,325.00 | $10,027.50 | $7,019.25 | $3,008.25 | $4,297.50 | |
| 3/10/2010 | JW | $20,962.50 | $14,673.75 | $14,179.94 | $493.81 | $6,288.75 | |
| 12/30/10 | JC | $26,139.25 | $18,297.48 | $17,418.03 | $879.45 | $7,841.77 | |
| 4/17/09 | JR | $6,520.00 | $4,700.00 | $3,255.00 | $1,445.00 | $1,820.00 | |
| 8/27/09 | JM | $8,700.00 | $5,500.00 | $2,895.25 | $2,604.75 | $3,200.00 | |
| 7/8/09 | KA | $7,390.00 | $5,121.00 | $3,309.71 | $1,811.29 | $2,269.00 | |
| 4/3/10 | KE | $8,800.00 | $6,160.00 | $5,300.49 | $859.51 | $2,640.00 | |
| 8/22/09 | KY | $8,800.00 | $5,280.00 | $4,918.88 | $361.12 | $3,520.00 | |
| 12/16/2009 | KM | $6,950.00 | $4,221.00 | $2,491.30 | $1,729.70 | $2,729.00 | |
| 12/30/2009 | KM | $6,950.00 | $4,221.00 | $3,288.70 | $932.50 | $2,729.00 | |
| 6/18/11 | KJ | $8,800.00 | $6,160.00 | $4,802.90 | $1,357.10 | $2,640.00 | |
| 4/28/10 | KJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/12/10 | KJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/26/10 | KJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 2/12/09 | KR | $6,520.00 | $4,882.29 | $3,908.91 | $973.38 | $1,637.71 | |
| 11/24/10 | KR | $33,658.00 | $23,560.60 | $23,560.00 | $0.00 | $10,097.40 | $23,560.00 |
| 12/17/09 | KN | $8,800.00 | $5,280.00 | $3,168.00 | $2,112.00 | $3,520.00 | |
| 2/9/11 | KW | $17,500.00 | $12,250.00 | $6,450.00 | $5,800.00 | $5,250.00 | |
| 5/18/11 | KJ | $8,800.00 | $6,160.00 | $3,612.00 | $2,548.00 | $2,640.00 | |
| 5/30/09 | KJ | $6,465.00 | $4,600.00 | $2,760.00 | $1,840.00 | $1,865.00 | |
| 3/16/10 | KB | $8,700.00 | $6,090.00 | $5,476.62 | $613.38 | $2,610.00 | |
| 6/15/10 | KB | $8,800.00 | $6,160.00 | $6,160.10 | $0.00 | $2,640.00 | $6,160.00 |
| 12/19/09 | KD | $8,800.00 | $5,280.00 | $5,280.00 | $0.00 | $3,520.00 | $5,280.00 |
| 8/13/09 | KS | $7,450.00 | $5,000.00 | $5,000.00 | $0.00 | $2,450.00 | $5,000.00 |
| 9/17/09 | KS | $8,700.00 | $5,600.00 | $5,600.00 | $0.00 | $3,100.00 | $5,600.00 |
| 3/16/10 | KS | $8,700.00 | $6,090.00 | $5,323.28 | $766.72 | $2,610.00 | |
| 4/24/10 | KS | $8,800.00 | $6,160.00 | $5,048.77 | $1,111.23 | $2,640.00 | |
| 12/18/10 | KH | $8,800.00 | $6,160.00 | $3,080.00 | $3,080.00 | $2,640.00 | |
| 1/13/2010 | KM | $9,900.00 | $0.00 | $2,610.00 | | $7,290.00 | |
| 1/27/2010 | KM | $9,900.00 | $0.00 | $0.00 | | $9,900.00 | |
| 1/8/10 | KLI | $14,343.75 | $10,040.63 | $7,204.79 | $2,835.84 | $4,303.12 | |
| 2/19/10 | KLI | $14,279.50 | $9,995.65 | $9,947.86 | $47.79 | $4,283.85 | |
| 6/8/10 | KLI | $18,394.00 | $12,875.80 | $12,875.80 | $0.00 | $5,518.20 | $12,875.80 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/1/09 | LA | $6,465.00 | $4,800.00 | $4,160.91 | $639.09 | $1,665.00 | |
| 3/16/10 | LM | $8,800.00 | $6,160.00 | $4,997.90 | $1,162.10 | $2,640.00 | |
| 5/15/10 | LT | $8,800.00 | $6,160.00 | $4,586.71 | $1,573.29 | $2,640.00 | |
| 5/5/11 | LT | $8,700.00 | $6,090.00 | $4,539.33 | $1,550.67 | $2,610.00 | |
| 2/24/2010 | LK | $14,325.00 | $10,027.50 | $9,202.50 | $825.00 | $4,297.50 | |
| 5/19/10 | LK | $14,325.00 | $10,027.50 | $0.00 | $0.00 | $14,325.00 | |
| 3/24/10 | LK | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 4/21/10 | LK | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 2/24/10 | LI | $8,700.00 | $6,090.00 | $2,454.00 | $3,636.00 | $2,610.00 | |
| 5/20/08 | LM | $5,350.00 | $0.00 | $570.38 | $0.00 | $4,779.62 | |
| 7/1/08 | LM | $5,350.00 | $3,311.60 | $2,264.50 | $1,047.10 | $2,038.40 | |
| 9/23/08 | LM | $5,350.00 | $3,650.00 | $2,130.00 | $1,520.00 | $1,700.00 | |
| 7/22/08 | LR | $5,350.00 | $4,735.00 | $4,735.00 | $0.00 | $615.00 | $4,735.00 |
| 8/5/08 | LR | $5,350.00 | $4,735.00 | $4,735.00 | $0.00 | $615.00 | $4,735.00 |
| 9/30/08 | LR | $5,350.00 | $3,480.00 | $3,400.00 | $80.00 | $1,870.00 | |
| 11/18/2009 | LP | $14,325.00 | $8,595.00 | $5,468.65 | $0.00 | $5,730.00 | $8,595.00 |
| 12/2/2009 | LP | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 12/30/2009 | LP | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 1/27/2010 | LP | $20,962.50 | $10,355.60 | $10,355.60 | $0.00 | $8,385.00 | $10,355.60 |
| 4/27/10 | LP | $15,300.00 | $9,945.00 | $9,945.00 | $0.00 | $5,355.00 | $9,945.00 |
| 11/20/10 | LL | $8,700.00 | $6,090.00 | $3,913.00 | $2,177.00 | $2,610.00 | |
| 5/19/10 | LM | $1,875.00 | $0.00 | $262.50 | $0.00 | $1,612.50 | |
| 11/2/10 | LM | $17,500.00 | $12,250.00 | $9,630.01 | $2,619.99 | $5,250.00 | |
| 9/20/08 | LN | $7,375.00 | $5,162.50 | $2,563.75 | $2,598.75 | $2,212.50 | |
| 12/9/10 | LN | $8,700.00 | $6,090.00 | $3,213.00 | $2,877.00 | $2,610.00 | |
| 4/24/08 | LR | $9,750.00 | $4,444.50 | $2,366.70 | $2,077.80 | $5,305.50 | |
| 8/7/10 | LR | $17,500.00 | $12,250.00 | $4,518.06 | $4,399.79 | $5,250.00 | |
| 12/4/10 | LR | $8,700.00 | $6,090.00 | $6,090.00 | $0.00 | $2,540.00 | $6,090.00 |
| 3/7/09 | LR | $6,465.00 | $4,900.00 | $3,080.00 | $1,820.00 | $1,565.00 | |
| 11/20/10 | LR | $17,500.00 | $12,250.00 | $9,041.23 | $3,208.77 | $5,250.00 | |
| 6/22/11 | LJRS | $17,600.00 | $16,720.00 | $10,720.00 | $6,000.00 | $880.00 | |
| 9/9/09 | LT | $6,950.00 | $4,700.00 | $4,450.00 | $250.00 | $2,250.00 | |
| 9/30/09 | LT | $6,950.00 | $4,700.00 | $4,450.00 | $250.00 | $2,250.00 | |
| 10/21/2009 | LT | $6,950.00 | $0.00 | $2,556.07 | $250.00 | $4,143.93 | |
| 11/11/2009 | LT | $6,950.00 | $4,221.00 | $3,971.00 | $250.00 | $2,729.00 | |
| 12/2/2009 | LT | $6,950.00 | $4,221.00 | $3,971.00 | $250.00 | $2,729.00 | |
| 12/23/2009 | LT | $6,950.00 | $4,221.00 | $3,971.00 | $250.00 | $2,729.00 | |
| 1/13/2010 | LT | $9,900.00 | $5,940.00 | $4,311.38 | $1,628.62 | $3,960.00 | |
| 2/3/2010 | LT | $9,900.00 | $5,940.00 | $4,498.70 | $1,441.30 | $3,960.00 | |
| 2/24/2010 | LT | $9,900.00 | $5,940.00 | $3,983.00 | $1,957.00 | $3,960.00 | |
| 3/17/10 | LT | $9,900.00 | $5,940.00 | $5,425.08 | $514.92 | $3,960.00 | |
| 3/31/10 | LT | $9,900.00 | $5,940.00 | $5,815.00 | $125.00 | $3,960.00 | |
| 4/21/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 5/12/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 6/2/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 6/23/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 7/7/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 7/14/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 7/28/10 | LT | $9,900.00 | $0.00 | $9,650.00 | $250.00 | $0.00 | |
| 8/11/10 | LT | $9,900.00 | $4,379.15 | $0.00 | $0.00 | $9,900.00 | |
| 9/1/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 9/22/10 | LT | $9,900.00 | $5,940.00 | $4,129.15 | $1,810.85 | $3,960.00 | |
| 10/13/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 11/3/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 11/24/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 12/15/10 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 1/5/11 | LT | $9,900.00 | $5,940.00 | $3,738.00 | $2,202.00 | $3,960.00 | |
| 1/26/11 | LT | $9,900.00 | $5,940.00 | $0.00 | $1,957.00 | $3,983.00 | |
| 2/16/11 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| 3/9/11 | LT | $9,900.00 | $5,940.00 | $5,184.00 | $756.00 | $3,960.00 | |
| 3/30/11 | LT | $9,900.00 | $5,940.00 | $5,690.00 | $250.00 | $3,960.00 | |
| 4/20/11 | LT | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 5/11/11 | LT | $9,900.00 | $0.00 | $9,650.00 | $250.00 | $0.00 | |
| 6/1/11 | LT | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 6/22/11 | LT | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 7/13/11 | LT | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 8/3/11 | LT | $14,325.00 | $8,595.00 | $8,345.00 | $250.00 | $5,730.00 | |
| 8/24/11 | LT | $5,475.00 | $3,285.00 | $3,035.00 | $250.00 | $2,190.00 | |
| 9/23/09 | LL | $17,600.00 | $10,668.75 | $9,372.49 | $1,296.26 | $6,931.25 | |
| 6/9/10 | LC | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 6/23/10 | LC | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 7/7/10 | LC | $9,900.00 | $5,940.00 | $4,776.00 | $1,164.00 | $3,960.00 | |
| 11/24/10 | MJ | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 12/8/10 | MJ | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 9/11/09 | MV | $8,800.00 | $5,700.00 | $3,667.81 | $2,032.19 | $3,100.00 | |
| 4/21/10 | ML | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 3/23/10 | MP | $21,800.00 | $15,260.00 | $13,260.00 | $2,000.00 | $6,540.00 | |
| 11/21/09 | ML | $8,700.00 | $5,220.00 | $46.82 | $3,666.00 | $3,480.00 | |
| 10/21/2009 | MM | $6,950.00 | $0.00 | $2,806.07 | | $4,143.93 | |
| 2/3/2010 | MM | $9,900.00 | $5,940.00 | $4,673.70 | $1,266.30 | $3,960.00 | |
| 2/17/2010 | MM | $9,900.00 | $5,940.00 | $4,673.70 | $1,266.30 | $3,960.00 | |
| 3/3/2010 | MM | $9,900.00 | $5,940.00 | $5,118.00 | $821.25 | $3,960.00 | |
| 3/17/10 | MM | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 7/28/10 | MM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 8/11/10 | MM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/15/10 | MM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/29/10 | MM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 11/10/10 | MM | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 12/15/10 | MM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/15/10 | MA | $8,700.00 | $6,090.00 | $2,814.61 | $3,275.39 | $2,610.00 | |
| 12/10/09 | MT | $8,800.00 | $5,280.00 | $2,868.00 | $1,620.29 | $3,520.00 | |
| 7/24/10 | MT | $8,700.00 | $6,090.00 | $3,434.50 | $2,655.50 | $2,610.00 | |
| 6/27/11 | MA | $8,700.00 | $6,090.00 | $6,090.00 | $0.00 | $2,610.00 | $6,090.00 |
| 9/2/08 | MM | $5,350.00 | $3,200.00 | $2,033.73 | $1,166.27 | $2,150.00 | |
| 10/21/08 | MM | $5,350.00 | $3,200.00 | $3,200.00 | $0.00 | $2,150.00 | $3,200.00 |
| 11/4/08 | MM | $5,735.00 | $3,350.00 | $3,350.00 | $0.00 | $2,385.00 | $3,350.00 |
| 11/18/08 | MM | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 12/2/08 | MM | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 12/23/08 | MM | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 1/6/09 | MM | $8,450.00 | $5,070.00 | $2,778.11 | $2,291.89 | $3,380.00 | |
| 1/20/09 | MM | $5,900.00 | $3,700.00 | $3,073.98 | $626.02 | $2,200.00 | |
| 2/10/09 | MM | $8,350.00 | $5,010.00 | $4,223.70 | $786.30 | $3,340.00 | |
| 2/24/09 | MM | $8,350.00 | $5,000.00 | $4,213.70 | $786.30 | $3,350.00 | |
| 3/10/09 | MM | $5,900.00 | $3,540.00 | $3,189.00 | $351.00 | $2,360.00 | |
| 3/31/09 | MM | $5,900.00 | $3,700.00 | $3,700.00 | $0.00 | $2,200.00 | $3,700.00 |
| 4/28/09 | MM | $5,900.00 | $3,540.00 | $3,059.01 | $480.99 | $2,360.00 | |
| 5/26/09 | MM | $8,350.00 | $5,010.00 | $5,010.00 | $0.00 | $3,340.00 | $5,010.00 |
| 7/21/09 | MM | $9,900.00 | $5,900.00 | $5,900.00 | $0.00 | $4,000.00 | $5,900.00 |
| 8/4/09 | MM | $6,950.00 | $4,400.00 | $4,400.00 | $0.00 | $2,550.00 | $4,400.00 |
| 2/16/11 | MMG | $9,900.00 | $5,940.00 | $4,115.59 | $1,824.41 | $3,960.00 | |
| 3/2/11 | MMG | $9,900.00 | $5,940.00 | $4,544.75 | $1,395.25 | $3,960.00 | |
| 3/16/11 | MMG | $18,750.00 | $11,250.00 | $10,413.35 | $836.64 | $7,500.00 | |
| 3/30/11 | MMG | $24,280.50 | $14,568.00 | $14,568.00 | $0.00 | $9,712.50 | $14,568.00 |
| 4/13/11 | MMG | $16,537.50 | $9,922.50 | $9,922.50 | $0.00 | $6,615.00 | $9,922.50 |
| 5/4/11 | MMG | $11,400.00 | $6,840.00 | $6,840.00 | $0.00 | $4,560.00 | $6,840.00 |
| 5/18/11 | MMG | $16,537.50 | $9,922.50 | $9,922.50 | $0.00 | $6,615.00 | $9,922.50 |
| 6/8/11 | MMG | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 6/22/11 | MMG | $16,537.50 | $11,576.25 | $11,576.25 | $0.00 | $4,961.25 | $11,576.25 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/23/09 | MC | $8,800.00 | $5,280.00 | $3,661.00 | $1,619.00 | $3,520.00 | |
| 9/29/10 | MM | $8,700.00 | $6,090.00 | $4,263.00 | $1,827.00 | $2,610.00 | |
| 3/26/10 | MN | $12,750.00 | $8,925.00 | $8,642.54 | $282.46 | $3,825.00 | |
| 12/30/08 | MS | $5,350.00 | $0.00 | $5,214.80 | $135.20 | $0.00 | |
| 1/20/09 | MS | $5,900.00 | $3,800.00 | $3,173.98 | $626.02 | $2,100.00 | |
| 2/3/09 | MS | $5,900.00 | $3,800.00 | $3,173.98 | $626.02 | $2,100.00 | |
| 3/10/09 | MS | $5,900.00 | $3,800.00 | $3,800.00 | $0.00 | $2,100.00 | $3,800.00 |
| 3/24/09 | MS | $5,900.00 | $3,800.00 | $3,800.00 | $0.00 | $2,100.00 | $3,800.00 |
| 4/7/09 | MS | $5,900.00 | $5,310.00 | $5,310.00 | $0.00 | $590.00 | $5,310.00 |
| 4/21/09 | MS | $5,900.00 | $3,800.00 | $3,800.00 | $0.00 | $2,100.00 | $3,800.00 |
| 5/5/09 | MS | $8,350.00 | $5,010.00 | $3,364.88 | $0.00 | $3,340.00 | |
| 10/21/08 | ME | $5,350.00 | $3,200.00 | $2,267.32 | $932.68 | $2,150.00 | |
| 11/11/08 | ME | $5,350.00 | $3,150.00 | $2,523.98 | $626.02 | $2,200.00 | |
| 11/25/08 | ME | $5,350.00 | $3,150.00 | $2,523.98 | $626.02 | $2,200.00 | |
| 12/9/08 | ME | $5,735.00 | $0.00 | $5,735.00 | $0.00 | $0.00 | $5,735.00 |
| 12/30/08 | ME | $5,900.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 1/13/09 | ME | $5,900.00 | $3,700.00 | $1,629.00 | $2,071.00 | $2,200.00 | |
| 1/27/09 | ME | $5,900.00 | $3,700.00 | $3,073.98 | $626.02 | $2,200.00 | |
| 2/24/09 | ME | $5,900.00 | $3,700.00 | $3,073.98 | $626.02 | $2,200.00 | |
| 3/10/09 | ME | $5,900.00 | $3,700.00 | $3,073.98 | $626.02 | $2,200.00 | |
| 3/24/09 | ME | $5,900.00 | $5,310.00 | $5,113.55 | $196.45 | $590.00 | |
| 4/7/09 | ME | $5,900.00 | $3,540.00 | $2,086.74 | $0.00 | $2,360.00 | $3,540.00 |
| 4/21/09 | ME | $8,350.00 | $5,000.00 | $5,000.00 | $0.00 | $3,350.00 | $5,000.00 |
| 5/5/09 | ME | $8,350.00 | $5,000.00 | $5,000.00 | $0.00 | $3,350.00 | $5,000.00 |
| 6/16/09 | ME | $8,350.00 | $5,010.00 | $3,141.87 | $0.00 | $3,540.00 | $5,010.00 |
| 6/30/09 | ME | $9,900.00 | $5,900.00 | $5,900.00 | $0.00 | $4,000.00 | $5,900.00 |
| 7/14/09 | ME | $9,900.00 | $5,900.00 | $5,900.00 | $0.00 | $4,000.00 | $5,900.00 |
| 7/28/09 | ME | $9,900.00 | $5,940.00 | $3,141.87 | $0.00 | $3,960.00 | $5,940.00 |
| 8/11/09 | ME | $9,900.00 | $5,900.00 | $5,900.00 | $0.00 | $4,000.00 | $5,900.00 |
| 8/25/09 | ME | $9,900.00 | $5,940.00 | $3,141.87 | $0.00 | $3,960.00 | $5,940.00 |
| 9/8/09 | ME | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/6/2009 | ME | $9,900.00 | $5,940.00 | $3,141.87 | $0.00 | $3,960.00 | $5,940.00 |
| 11/17/2009 | ME | $11,737.50 | $7,042.50 | $5,197.03 | $0.00 | $4,695.00 | $7,042.50 |
| 4/14/10 | MS | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 4/28/10 | MS | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/12/10 | MS | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/26/10 | MS | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 6/9/10 | MS | $9,900.00 | $5,940.00 | $0.00 | $0.00 | $9,900.00 | |
| 3/17/10 | MT | $9,900.00 | $5,940.00 | $4,638.70 | $1,301.30 | $3,960.00 | |
| 3/31/10 | MT | $9,900.00 | $5,940.00 | $4,409.98 | $1,530.02 | $3,960.00 | |
| 4/14/10 | MT | $9,900.00 | $5,940.00 | $5,679.22 | $260.78 | $3,960.00 | |
| 4/28/10 | MT | $9,900.00 | $5,940.00 | $5,939.19 | $0.81 | $3,960.00 | |
| 1/13/09 | MR | $5,900.00 | $2,950.00 | $2,405.20 | $544.80 | $2,950.00 | |
| 1/20/09 | MR | $5,900.00 | $2,950.00 | $2,950.00 | $0.00 | $2,950.00 | $2,950.00 |
| 1/27/09 | MR | $5,900.00 | $2,950.00 | $2,950.00 | $0.00 | $2,950.00 | $2,950.00 |
| 2/3/09 | MR | $5,900.00 | $2,950.00 | $2,323.98 | $626.02 | $2,950.00 | |
| 2/24/09 | MR | $5,900.00 | $2,950.00 | $2,323.98 | $626.02 | $2,950.00 | |
| 3/10/09 | MR | $5,900.00 | $2,950.00 | $2,950.00 | $0.00 | $2,950.00 | $2,950.00 |
| 3/31/09 | MR | $5,900.00 | $5,310.00 | $5,310.00 | $0.00 | $590.00 | $5,310.00 |
| 3/14/09 | MS | $6,520.00 | $4,700.00 | $3,290.00 | $1,410.00 | $1,820.00 | |
| 2/17/2010 | MD | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 3/3/2010 | MD | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | $4,297.50 | $10,027.50 |
| 10/16/08 | MN | $4,750.00 | $4,037.50 | $1,111.25 | $2,926.25 | $712.50 | |
| 12/2/2009 | MT | $6,950.00 | $4,221.00 | $2,569.70 | $1,651.30 | $2,729.00 | |
| 12/30/2009 | MT | $6,950.00 | $4,221.00 | $2,919.70 | $1,301.30 | $2,729.00 | |
| 1/20/2010 | MT | $9,900.00 | $5,940.00 | $3,773.00 | $2,167.00 | $3,960.00 | |
| 6/17/08 | MB | $5,350.00 | $3,150.00 | $1,810.80 | $1,339.20 | $2,200.00 | |
| 7/15/08 | MB | $5,350.00 | $3,150.00 | $1,890.00 | $1,260.00 | $2,200.00 | |
| 7/29/08 | MB | $5,350.00 | $0.00 | $3,929.40 | $1,420.60 | $0.00 | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 8/19/08 | MB | $5,350.00 | $3,150.00 | $2,214.00 | $936.00 | $2,200.00 | |
| 1/7/10 | MO | $8,700.00 | $6,090.00 | $5,394.96 | $695.04 | $2,610.00 | |
| 1/14/10 | MO | $8,800.00 | $6,160.00 | $5,199.86 | $960.14 | $2,640.00 | |
| 6/10/09 | ML | $6,465.00 | $4,330.00 | $3,224.00 | $1,106.00 | $2,135.00 | |
| 11/19/10 | MR | $3,625.00 | $2,030.00 | $2,030.00 | $0.00 | $1,595.00 | $2,030.00 |
| 10/10/08 | MR | $5,000.00 | $4,100.00 | $1,614.55 | $2,485.45 | $900.00 | |
| 5/31/11 | MJ | $51,094.50 | $35,766.15 | $29,266.15 | $6,500.00 | $15,328.35 | |
| 11/13/10 | MI | $30,000.00 | $0.00 | $3,038.89 | $3,451.11 | $23,510.00 | |
| 3/18/08 | MN | $5,350.00 | $0.00 | $4,786.00 | $564.00 | $0.00 | |
| 3/25/08 | MN | $5,350.00 | $0.00 | $4,822.00 | $528.00 | $0.00 | |
| 4/1/08 | MN | $5,350.00 | $4,815.00 | $1,997.00 | $2,818.00 | $535.00 | |
| 4/15/08 | MN | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 7/28/10 | MR | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 8/11/10 | MR | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 8/25/10 | MR | $9,900.00 | $5,940.00 | $5,913.94 | $26.06 | $3,960.00 | |
| 10/6/10 | MR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/16/09 | MM | $8,700.00 | $0.00 | $2,890.86 | $2,109.14 | $3,700.00 | |
| 9/15/09 | MW | $8,700.00 | $5,000.00 | $3,050.82 | $1,949.18 | $3,700.00 | |
| 11/24/10 | MJ | $8,800.00 | $6,160.00 | $2,796.00 | $3,364.00 | $2,640.00 | |
| 5/30/09 | MJ | $6,465.00 | $4,658.94 | $2,617.03 | $2,041.91 | $1,806.06 | |
| 9/26/09 | MJ | $8,800.00 | $5,895.01 | $2,149.97 | $3,745.04 | $2,904.99 | |
| 1/24/11 | MS | $16,000.00 | $11,200.00 | $5,000.00 | $6,200.00 | $4,800.00 | |
| 2/4/09 | MD | $13,040.00 | $8,500.00 | $6,066.56 | $2,433.44 | $4,540.00 | |
| 3/17/09 | MD | $5,900.00 | $3,540.00 | $708.59 | $1,943.85 | $2,360.00 | |
| 3/31/09 | MD | $5,900.00 | $3,540.00 | $834.69 | $1,252.05 | $2,360.00 | |
| 4/14/09 | MD | $5,900.00 | $3,540.00 | $1,099.56 | $106.22 | $2,360.00 | |
| 4/28/09 | MD | $5,900.00 | $3,540.00 | $2,086.74 | $0.00 | $2,360.00 | $3,540.00 |
| 7/28/09 | MD | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,360.00 | $4,170.00 |
| 8/4/10 | MN | $17,600.00 | $12,320.00 | $12,320.00 | $0.00 | $5,280.00 | $12,320.00 |
| 5/19/09 | MB | $5,900.00 | $4,170.00 | $2,478.00 | $1,692.00 | $1,730.00 | |
| 6/2/09 | MB | $5,900.00 | $4,170.00 | $3,293.00 | $877.00 | $1,730.00 | |
| 6/16/09 | MB | $5,900.00 | $4,170.00 | $4,170.00 | $0.00 | $1,730.00 | $4,170.00 |
| 7/14/09 | MB | $6,950.00 | $4,170.00 | $4,170.00 | $0.00 | $2,780.00 | $4,170.00 |
| 7/28/09 | MB | $6,950.00 | $4,170.00 | $4,170.00 | $0.00 | $2,780.00 | $4,170.00 |
| 8/25/09 | MB | $6,950.00 | $4,170.00 | $4,170.00 | $0.00 | $2,780.00 | $4,170.00 |
| 9/29/09 | MB | $6,950.00 | $4,170.00 | $3,540.00 | $0.00 | $4,143.93 | $4,170.00 |
| 11/10/2009 | MB | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 4/4/09 | MT | $6,465.00 | $4,904.50 | $2,308.69 | $2,595.81 | $1,560.50 | |
| 6/12/10 | NT | $8,800.00 | $0.00 | $2,554.10 | $680.08 | $5,565.82 | |
| 6/26/10 | NT | $8,700.00 | $6,090.00 | $4,263.00 | $1,827.00 | $2,610.00 | |
| 4/30/11 | NY | $8,700.00 | $6,090.00 | $3,563.00 | $2,527.00 | $2,610.00 | |
| 5/14/11 | NY | $8,800.00 | $6,160.00 | $4,748.67 | $1,411.33 | $2,640.00 | |
| 9/16/09 | OM | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 12/9/2009 | OJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/23/2009 | OJ | $6,950.00 | $4,170.00 | $4,170.00 | $0.00 | $2,780.00 | $4,170.00 |
| 1/6/2010 | OJ | $14,325.00 | $10,027.50 | $9,658.80 | $368.70 | $4,297.50 | |
| 1/20/2010 | OJ | $14,325.00 | $10,027.50 | $9,742.50 | $285.00 | $4,297.50 | |
| 2/11/2010 | OJ | $14,325.00 | $10,027.50 | $7,019.25 | $3,008.25 | $4,297.50 | |
| 2/24/2010 | OJ | $9,900.00 | $5,940.00 | $3,973.70 | $1,966.30 | $3,960.00 | |
| 3/3/2010 | OJ | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 4/14/10 | OJ | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 5/5/10 | OJ | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 6/2/10 | OJ | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 6/30/10 | OJ | $9,900.00 | $6,930.00 | $6,930.00 | $0.00 | $2,970.00 | $6,930.00 |
| 8/16/10 | OM | $47,500.00 | $33,250.00 | $28,363.98 | $4,886.02 | $14,250.00 | |
| 9/9/08 | OJ | $5,350.00 | $3,300.00 | $3,158.88 | $141.12 | $2,050.00 | |
| 9/23/08 | OJ | $5,350.00 | $3,480.00 | $3,480.00 | $0.00 | $1,870.00 | $3,480.00 |
| 10/7/08 | OJ | $5,350.00 | $3,480.00 | $2,853.98 | $626.02 | $1,870.00 | |
| 10/14/08 | OJ | $5,350.00 | $3,480.00 | $3,480.00 | $0.00 | $1,870.00 | $3,480.00 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/08 | OJ | $5,350.00 | $3,300.00 | $2,673.98 | $626.02 | $2,050.00 | |
| 12/30/08 | OJ | $5,350.00 | $4,815.00 | $3,370.50 | $1,444.50 | $535.00 | |
| 1/13/09 | OJ | $5,900.00 | $3,540.00 | $1,460.72 | $626.02 | $2,360.00 | |
| 2/10/09 | OJ | $5,900.00 | $3,650.00 | $3,023.98 | $626.02 | $2,250.00 | |
| 2/24/09 | OJ | $5,900.00 | $5,310.00 | $4,683.98 | $626.02 | $590.00 | |
| 6/30/09 | OJ | $6,950.00 | $4,200.00 | $4,200.00 | $0.00 | $2,750.00 | $4,200.00 |
| 7/21/09 | OJ | $6,950.00 | $4,200.00 | $4,200.00 | $0.00 | $2,750.00 | $4,200.00 |
| 8/25/09 | OJ | $6,950.00 | $4,200.00 | $4,200.00 | $0.00 | $2,750.00 | $4,200.00 |
| 9/29/09 | OJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 3/3/2010 | OJ | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 3/24/10 | OJ | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 11/12/09 | OE | $8,800.00 | $5,280.00 | $1,039.76 | $4,240.24 | $3,520.00 | |
| 11/21/09 | OE | $8,700.00 | $5,220.00 | $1,533.44 | $2,610.00 | $3,480.00 | |
| 12/23/10 | PP | $30,000.00 | $21,000.00 | $21,000.00 | $0.00 | $9,000.00 | $21,000.00 |
| 10/28/09 | PG | $8,800.00 | $0.00 | $6,125.00 | $2,205.34 | $0.00 | |
| 5/19/11 | PG | $8,800.00 | $6,160.00 | $5,319.01 | $840.99 | $2,640.00 | |
| 10/13/2009 | PJ | $6,950.00 | $4,170.00 | $2,189.93 | $616.14 | $2,780.00 | |
| 10/27/2009 | PJ | $6,950.00 | $4,221.00 | $3,830.14 | $390.86 | $2,729.00 | |
| 11/10/2009 | PJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 11/25/2009 | PJ | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 12/30/2009 | PJ | $14,300.00 | $8,580.00 | $8,580.00 | $0.00 | $5,720.00 | $8,580.00 |
| 1/27/2010 | PJ | $20,962.50 | $14,673.75 | $14,451.75 | $222.00 | $6,288.75 | |
| 3/9/2010 | PJ | $15,300.00 | $10,710.01 | $10,710.01 | $0.00 | $4,589.99 | $10,710.01 |
| 4/27/10 | PJ | $15,300.00 | $10,710.18 | $10,710.18 | $0.00 | $4,589.82 | $10,710.18 |
| 5/26/10 | PJ | $9,900.00 | $6,930.00 | $0.00 | $0.00 | $9,900.00 | |
| 6/16/10 | PJ | $9,900.00 | $6,930.00 | $0.00 | $0.00 | $9,900.00 | |
| 2/17/2010 | PM | $9,900.00 | $5,940.00 | $4,673.70 | $1,266.30 | $3,960.00 | |
| 3/2/2010 | PM | $9,900.00 | $5,940.00 | $4,221.00 | $1,719.00 | $3,960.00 | |
| 4/7/10 | PM | $9,900.00 | $5,940.00 | $5,933.06 | $6.94 | $3,960.00 | |
| 11/26/08 | PM | $4,750.00 | $0.00 | $2,675.90 | $2,074.10 | $0.00 | |
| 11/19/10 | PM | $57,034.50 | $39,924.15 | $39,674.15 | $250.00 | $17,110.35 | |
| 1/21/11 | PM | $18,804.75 | $13,163.33 | $9,081.70 | $4,081.63 | $5,641.42 | |
| 11/11/09 | PM | $8,800.00 | $5,280.00 | $840.34 | $2,984.00 | $3,520.00 | |
| 1/21/11 | PR | $16,000.00 | $11,200.00 | $10,945.67 | $0.00 | $4,800.00 | $11,200.00 |
| 10/9/10 | PL | $8,700.00 | $6,090.00 | $4,263.00 | $1,827.00 | $2,610.00 | |
| 11/10/2009 | PM | $6,950.00 | $4,221.00 | $2,954.47 | $1,266.30 | $2,729.00 | |
| 11/25/2009 | PM | $6,950.00 | $4,170.00 | $3,682.57 | $487.43 | $2,780.00 | |
| 5/19/09 | PP | $5,900.00 | $3,540.00 | $1,693.00 | $1,847.00 | $2,360.00 | |
| 6/9/09 | PP | $5,900.00 | $3,540.00 | $1,236.25 | $1,569.82 | $2,360.00 | |
| 6/30/09 | PP | $6,950.00 | $4,170.00 | $1,964.25 | $841.82 | $2,780.00 | |
| 7/14/09 | PP | $6,950.00 | $4,170.00 | $1,964.25 | $841.82 | $2,780.00 | |
| 10/25/10 | PM | $8,800.00 | $6,160.00 | $2,796.00 | $3,364.00 | $2,640.00 | |
| 6/30/10 | RL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/14/10 | RL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/28/10 | RL | $9,900.00 | $5,940.00 | $1,996.29 | $2,382.86 | $1,560.85 | |
| 8/11/10 | RL | $14,325.00 | $8,595.00 | $6,791.90 | $1,803.10 | $5,730.00 | |
| 9/8/10 | RL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/6/10 | RL | $9,900.00 | $5,940.00 | $5,374.34 | $565.66 | $3,960.00 | |
| 10/27/10 | RL | $9,900.00 | $7,920.00 | $7,920.00 | $0.00 | $3,960.00 | $7,920.00 |
| 11/24/10 | RL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 12/8/10 | RL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 1/19/11 | RL | $9,900.00 | $5,940.00 | $0.00 | $0.00 | $9,900.00 | |
| 5/27/09 | RA | $6,520.00 | $4,700.00 | $3,096.98 | $1,603.02 | $1,820.00 | |
| 9/23/08 | RA | $5,350.00 | $4,815.00 | $3,811.30 | $1,003.70 | $535.00 | |
| 10/7/08 | RA | $5,350.00 | $4,815.00 | $4,421.42 | $0.00 | $535.00 | $4,815.00 |
| 10/28/08 | RA | $5,350.00 | $3,210.00 | $2,086.74 | $1,123.26 | $2,140.00 | |
| 11/4/08 | RA | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |
| 12/2/08 | RA | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |
| 12/16/08 | RA | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | $2,140.00 | $3,210.00 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| Date | Code | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Amount 6 |
|---|---|---|---|---|---|---|---|
| 2/10/09 | RA | $5,900.00 | $3,540.00 | $2,913.98 | $626.02 | $2,360.00 | |
| 2/17/09 | RA | $5,900.00 | $3,540.00 | $1,460.72 | $626.02 | $2,360.00 | |
| 3/3/09 | RA | $5,900.00 | $3,540.00 | $1,460.72 | $626.02 | $2,360.00 | |
| 3/24/09 | RA | $5,900.00 | $3,540.00 | $2,924.80 | $615.20 | $2,360.00 | |
| 4/7/09 | RA | $5,900.00 | $3,540.00 | $3,540.00 | $0.00 | $2,360.00 | $3,540.00 |
| 4/28/09 | RA | $5,900.00 | $3,540.00 | $3,540.00 | $0.00 | $2,360.00 | $3,540.00 |
| 5/18/09 | RA | $47,484.75 | $32,116.63 | $32,116.63 | $0.00 | $15,368.12 | $32,116.63 |
| 6/23/09 | RA | $8,350.00 | $5,010.00 | $5,010.00 | $0.00 | $3,340.00 | $5,010.00 |
| 10/27/2009 | RA | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 6/2/11 | RJ | $8,700.00 | $6,090.00 | $4,192.50 | $1,897.00 | $2,610.00 | |
| 9/15/10 | RF | $20,962.50 | $12,577.50 | $11,190.17 | $1,387.33 | $8,385.00 | |
| 9/29/10 | RF | $20,962.50 | $12,577.50 | $11,107.85 | $1,469.65 | $8,385.00 | |
| 10/13/10 | RF | $20,962.50 | $12,577.50 | $12,509.62 | $67.88 | $8,385.00 | |
| 10/27/10 | RF | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 11/10/10 | RF | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 11/24/10 | RF | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 8/26/10 | RK | $27,288.65 | $19,102.06 | $15,251.16 | $3,850.90 | $8,186.59 | |
| 5/12/10 | RS | $9,900.00 | $5,940.00 | $5,064.17 | $875.83 | $3,960.00 | |
| 6/16/10 | RS | $9,900.00 | $5,940.00 | $5,064.17 | $875.83 | $3,960.00 | |
| 6/30/10 | RS | $9,900.00 | $5,940.00 | $5,064.16 | $875.83 | $3,960.00 | |
| 7/21/10 | RS | $9,900.00 | $5,940.00 | $5,875.28 | $64.72 | $3,960.00 | |
| 7/22/09 | RA | $7,450.00 | $5,200.00 | $2,729.73 | $2,470.27 | $2,250.00 | |
| 1/29/11 | RD | $8,800.00 | $6,160.00 | $3,696.00 | $2,464.00 | $2,640.00 | |
| 4/6/10 | RM | $4,075.00 | $0.00 | $3,182.80 | $247.50 | $0.00 | |
| 8/19/08 | RV | $5,350.00 | $3,311.60 | $3,311.60 | $0.00 | $2,038.40 | $3,311.60 |
| 9/2/08 | RV | $5,350.00 | $0.00 | $2,033.73 | $0.00 | $3,316.27 | |
| 9/16/08 | RV | $5,350.00 | $3,000.00 | $3,000.00 | $0.00 | $2,350.00 | $3,000.00 |
| 9/30/08 | RV | $5,350.00 | $3,480.00 | $3,480.00 | $0.00 | $1,870.00 | $3,480.00 |
| 10/14/08 | RV | $5,350.00 | $3,228.88 | $3,228.88 | $0.00 | $2,121.12 | $3,228.88 |
| 10/21/08 | RV | $5,350.00 | $3,073.50 | $3,073.50 | $0.00 | $2,276.95 | $3,073.50 |
| 11/4/08 | RV | $5,735.00 | $3,504.27 | $3,504.27 | $0.00 | $2,230.73 | $3,504.27 |
| 11/18/08 | RV | $5,735.00 | $3,300.00 | $3,300.00 | $0.00 | $2,435.00 | $3,300.00 |
| 12/2/08 | RV | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 12/23/08 | RV | $5,350.00 | $3,228.88 | $3,228.88 | $0.00 | $2,121.12 | $3,228.88 |
| 1/6/09 | RV | $6,350.00 | $3,810.00 | $78.91 | $2,224.19 | $2,540.00 | |
| 1/20/09 | RV | $5,900.00 | $3,540.00 | $1,460.72 | $626.02 | $2,360.00 | |
| 2/10/09 | RV | $6,350.00 | $3,810.00 | $1,612.17 | $690.93 | $2,540.00 | |
| 2/24/09 | RV | $6,350.00 | $3,810.00 | $1,612.17 | $690.93 | $2,540.00 | |
| 3/10/09 | RV | $5,900.00 | $3,540.00 | $1,460.72 | $626.02 | $2,360.00 | |
| 3/31/09 | RV | $6,350.00 | $3,810.00 | $1,844.45 | $0.00 | $2,540.00 | $3,810.00 |
| 4/28/09 | RV | $6,350.00 | $3,810.00 | $1,837.10 | $466.00 | $3,810.00 | |
| 5/26/09 | RV | $6,350.00 | $3,810.00 | $3,012.27 | $0.00 | $2,540.00 | $3,810.00 |
| 6/23/09 | RV | $6,350.00 | $3,810.00 | $3,012.27 | $0.00 | $2,540.00 | $3,810.00 |
| 1/21/09 | RJ | $6,350.00 | $4,600.00 | $1,770.00 | $2,830.00 | $1,865.00 | |
| 10/28/2009 | RDJ | $6,950.00 | $0.00 | $6,950.00 | $0.00 | $0.00 | $6,950.00 |
| 11/11/2009 | RDJ | $6,950.00 | $6,722.50 | $6,722.50 | $227.50 | $0.00 | |
| 11/25/2009 | RDJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/9/2009 | RDJ | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 2/24/2010 | RM | $9,900.00 | $5,940.00 | $4,409.11 | $1,595.94 | $3,960.00 | |
| 3/10/2010 | RM | $9,900.00 | $5,940.00 | $3,967.30 | $1,972.70 | $3,960.00 | |
| 4/14/10 | RM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 7/8/09 | RF | $7,450.00 | $5,220.00 | $3,132.00 | $2,088.00 | $4,459.97 | |
| 10/28/09 | RA | $8,700.00 | $5,220.00 | $1,979.15 | $1,733.66 | $3,480.00 | |
| 1/20/10 | RA | $8,800.00 | $6,160.00 | $3,927.00 | $2,233.00 | $2,640.00 | |
| 4/8/08 | RG | $5,350.00 | $3,480.00 | $3,480.00 | $0.00 | $1,870.00 | $3,480.00 |
| 4/22/08 | RG | $5,350.00 | $3,480.00 | $2,681.20 | $798.80 | $1,870.00 | |
| 5/6/08 | RG | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 8/21/10 | RS | $8,700.00 | $6,090.00 | $3,971.91 | $2,118.09 | $2,610.00 | |
| 9/2/08 | RN | $6,450.00 | $3,870.00 | $3,836.64 | $33.36 | $2,580.00 | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/16/08 | RN | $8,625.00 | $5,175.00 | $2,675.50 | $0.00 | **$3,450.00** | $5,175.00 |
| 2/3/09 | RN | $8,350.00 | $5,010.00 | $1,694.68 | $1,232.74 | **$3,340.00** | |
| 2/17/09 | RN | $9,625.00 | $5,775.00 | $1,895.26 | $812.26 | **$3,850.00** | |
| 2/24/09 | RN | $9,625.00 | $5,775.00 | $1,895.26 | $812.26 | **$3,850.00** | |
| 10/14/2009 | RE | $6,950.00 | $4,221.00 | $2,806.07 | $1,414.93 | **$2,729.00** | |
| 12/9/2009 | RE | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | **$2,729.00** | $4,221.00 |
| 1/20/2010 | RE | $9,900.00 | $5,940.00 | $4,251.60 | $1,688.40 | **$3,960.00** | |
| 3/3/2010 | RE | $9,900.00 | $5,940.00 | $4,251.60 | $1,688.40 | **$3,960.00** | |
| 4/14/10 | RE | $20,962.50 | $12,577.50 | $12,355.83 | $221.67 | **$8,385.00** | |
| 5/26/10 | RE | $14,325.00 | $0.00 | $0.00 | $0.00 | **$14,325.00** | |
| 7/14/10 | RE | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | **$8,385.00** | $12,577.50 |
| 8/25/10 | RE | $20,962.50 | $0.00 | $4,507.76 | $0.00 | **$16,454.74** | |
| 9/8/10 | RE | $14,325.00 | $8,595.00 | $4,507.76 | $0.00 | **$5,730.00** | $8,595.00 |
| 9/22/10 | RE | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | **$8,385.00** | $12,577.50 |
| 10/6/10 | RE | $9,900.00 | $5,940.00 | $4,650.84 | $0.00 | **$3,960.00** | $5,940.00 |
| 11/3/10 | RE | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | **$3,960.00** | $5,940.00 |
| 12/15/10 | RE | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | **$8,385.00** | $12,577.50 |
| 4/20/11 | RS | $8,800.00 | $6,160.00 | $4,460.00 | $1,700.00 | **$2,640.00** | |
| 8/5/08 | RD | $5,350.00 | $4,815.00 | $4,150.80 | $664.20 | **$535.00** | |
| 8/19/08 | RD | $5,350.00 | $3,210.00 | $1,549.80 | $664.20 | **$2,140.00** | |
| 9/2/08 | RD | $5,350.00 | $3,480.00 | $2,869.88 | $610.12 | **$3,480.00** | |
| 9/16/08 | RD | $5,350.00 | $4,815.00 | $4,204.88 | $610.12 | **$535.00** | |
| 10/7/08 | RD | $5,350.00 | $3,228.88 | $3,228.88 | $0.00 | **$2,121.12** | $3,228.88 |
| 10/7/2009 | RSD | $9,900.00 | $5,940.00 | $4,738.13 | $0.00 | **$3,960.00** | $5,940.00 |
| 10/20/2009 | RSD | $13,518.75 | $8,111.25 | $8,111.25 | $0.00 | **$5,407.50** | $8,111.25 |
| 2/6/10 | SA | $8,700.00 | $6,090.00 | $3,654.00 | $2,436.00 | **$2,610.00** | |
| 9/17/09 | SB | $8,800.00 | $5,200.00 | $3,120.00 | $2,080.00 | **$3,600.00** | |
| 4/17/10 | ST | $8,800.00 | $6,160.00 | $3,636.00 | $2,524.00 | **$2,640.00** | |
| 7/15/08 | SMM | $5,350.00 | $4,815.00 | $3,030.80 | $1,784.20 | **$535.00** | |
| 7/29/08 | SMM | $5,350.00 | $3,480.00 | $2,815.80 | $664.20 | **$1,870.00** | |
| 8/19/08 | SMM | $5,350.00 | $3,480.00 | $2,815.80 | $664.20 | **$1,870.00** | |
| 9/2/08 | SMM | $7,910.00 | $4,665.00 | $4,204.10 | $460.90 | **$3,245.00** | |
| 9/23/08 | SMM | $5,350.00 | $3,210.00 | $3,210.00 | $0.00 | **$2,140.00** | $3,210.00 |
| 10/7/08 | SMM | $5,735.00 | $3,441.00 | $3,441.00 | $0.00 | **$2,294.00** | $3,441.00 |
| 10/21/08 | SMM | $5,350.00 | $3,480.00 | $3,480.00 | $0.00 | **$1,870.00** | $3,480.00 |
| 11/4/08 | SMM | $5,350.00 | $3,480.00 | $3,480.00 | $0.00 | **$1,870.00** | $3,480.00 |
| 11/18/08 | SMM | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | **$535.00** | $4,815.00 |
| 12/2/08 | SMM | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | **$535.00** | $4,815.00 |
| 12/16/08 | SMM | $7,525.00 | $4,700.00 | $4,700.00 | $0.00 | **$2,825.00** | $4,700.00 |
| 11/25/2009 | SA | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | **$2,729.00** | $4,221.00 |
| 10/14/2009 | SM | $9,900.00 | $5,940.00 | $3,141.87 | $487.90 | **$3,960.00** | |
| 12/9/2009 | SM | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | **$3,960.00** | $5,940.00 |
| 2/3/2010 | SM | $14,325.00 | $8,595.00 | $7,602.50 | $992.50 | **$5,730.00** | |
| 4/7/10 | SM | $14,325.00 | $10,027.50 | $10,027.50 | $0.00 | **$4,297.50** | $10,027.50 |
| 6/2/10 | SM | $14,325.00 | $0.00 | $0.00 | $0.00 | **$0.00** | |
| 4/7/10 | SJRL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | **$3,960.00** | $5,940.00 |
| 4/21/10 | SJRL | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | **$3,960.00** | $5,940.00 |
| 5/19/10 | SJRL | $9,900.00 | $5,940.00 | $4,379.15 | $1,560.85 | **$3,960.00** | |
| 2/11/2010 | SJRL | $9,900.00 | $5,940.00 | $4,251.60 | $1,688.40 | **$3,960.00** | |
| 2/24/2010 | SJRL | $9,900.00 | $5,940.00 | $4,251.60 | $1,688.40 | **$3,960.00** | |
| 3/10/2010 | SJRL | $9,900.00 | $5,940.00 | $4,501.13 | $1,438.87 | **$3,960.00** | |
| 10/2/08 | SE | $5,000.00 | $4,122.29 | $2,885.60 | $1,236.69 | **$877.71** | |
| 8/21/09 | SJ | $8,800.00 | $5,800.00 | $2,850.00 | $2,950.00 | **$3,000.00** | |
| 6/10/09 | SR | $6,465.00 | $4,658.94 | $3,259.97 | $1,398.97 | **$1,806.06** | |
| 2/27/09 | SS | $6,465.00 | $4,904.52 | $2,456.90 | $2,447.62 | **$1,560.48** | |
| 3/27/09 | SS | $6,520.00 | $4,882.29 | $2,999.91 | $1,882.38 | **$1,637.71** | |
| 2/20/10 | SV | $17,600.00 | $12,320.00 | $8,135.07 | $4,184.93 | **$5,280.00** | |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| Date | Code | Amount | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Amount 6 |
|---|---|---|---|---|---|---|---|
| 9/9/09 | SR | $6,950.00 | $4,170.00 | $2,806.07 | $1,251.00 | $2,780.00 | |
| 9/23/09 | SR | $6,950.00 | $4,170.00 | $2,806.07 | $51.00 | $2,780.00 | |
| 12/23/10 | SE | $17,600.00 | $12,320.00 | $6,874.00 | $5,446.00 | $5,280.00 | |
| 3/16/10 | SY | $8,700.00 | $6,090.00 | $4,752.04 | $1,337.96 | $2,610.00 | |
| 4/30/10 | SC | $8,800.00 | $6,160.00 | $3,862.75 | $2,297.25 | $2,640.00 | |
| 11/19/10 | SK | $29,317.50 | $20,522.25 | $11,706.93 | $8,815.32 | $8,795.25 | |
| 1/31/11 | SO | $8,700.00 | $6,090.00 | $1,854.00 | $4,236.00 | $2,610.00 | |
| 3/7/09 | SG | $6,520.00 | $4,800.00 | $3,360.00 | $1,440.00 | $3,275.41 | |
| 2/6/10 | SI | $8,800.00 | $6,160.00 | $2,763.74 | $3,423.00 | $2,640.00 | |
| 4/1/09 | ST | $13,040.00 | $8,547.87 | $4,095.09 | $4,452.78 | $4,492.13 | |
| 6/30/10 | SC | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 7/21/10 | SC | $9,900.00 | $5,940.00 | $4,451.25 | $1,488.75 | $3,960.00 | |
| 8/4/10 | SC | $9,900.00 | $5,940.00 | $4,907.00 | $1,033.00 | $3,960.00 | |
| 8/25/10 | SC | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 9/15/10 | SC | $20,962.50 | $12,577.50 | $12,577.50 | $0.00 | $8,385.00 | $12,577.50 |
| 10/13/10 | SC | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/19/10 | SC | $8,175.00 | $4,905.00 | $4,905.00 | $0.00 | $3,270.00 | $4,905.00 |
| 1/19/10 | SJ | $8,800.00 | $6,160.00 | $4,281.20 | $1,878.80 | $2,640.00 | |
| 10/2/10 | SJ | $15,000.00 | $8,400.00 | $8,400.00 | $0.00 | $6,600.00 | $8,400.00 |
| 2/26/10 | SK | $8,800.00 | $6,160.00 | $3,696.00 | $2,464.00 | $2,640.00 | |
| 5/21/09 | SR | $6,465.00 | $4,600.00 | $4,600.00 | $0.00 | $1,865.00 | $4,600.00 |
| 1/15/11 | SO | $8,800.00 | $6,160.00 | $4,190.00 | $1,970.00 | $2,640.00 | |
| 1/15/11 | SV | $8,800.00 | $6,160.00 | $4,191.50 | $1,968.50 | $2,640.00 | |
| 8/25/09 | SD | $6,950.00 | $4,170.00 | $1,764.75 | $1,041.32 | $2,780.00 | |
| 9/8/09 | SD | $6,950.00 | $4,170.00 | $1,964.25 | $841.82 | $2,780.00 | |
| 10/28/2009 | SD | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 11/25/2009 | SD | $14,325.00 | $8,595.00 | $8,591.32 | $3.68 | $5,730.00 | |
| 9/1/10 | SK | $9,900.00 | $5,940.00 | $3,065.40 | $2,874.60 | $3,960.00 | |
| 9/15/10 | SK | $9,900.00 | $5,940.00 | $4,158.00 | $1,782.00 | $3,960.00 | |
| 8/4/09 | SK | $6,950.00 | $4,170.00 | $1,964.25 | $841.82 | $2,780.00 | |
| 10/16/09 | SK | $8,700.00 | $5,220.00 | $2,282.30 | $1,044.00 | $3,480.00 | |
| 3/9/11 | SM | $20,962.50 | $12,577.50 | $11,276.37 | $1,301.13 | $8,385.00 | |
| 9/23/09 | SR | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 2/17/2010 | SR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 5/18/10 | ST | $8,800.00 | $6,160.00 | $6,160.00 | $0.00 | $2,640.00 | $6,160.00 |
| 2/28/11 | ST | $8,700.00 | $6,090.00 | $4,133.61 | $1,956.39 | $2,610.00 | |
| 6/12/10 | SOD | $22,500.00 | $15,750.00 | $15,750.00 | $0.00 | $6,750.00 | $15,750.00 |
| 3/25/09 | SOD | $9,152.00 | $6,400.00 | $4,166.64 | $0.00 | $2,752.00 | $6,400.00 |
| 4/8/09 | SOD | $9,152.00 | $6,400.00 | $3,888.80 | $0.00 | $2,752.00 | $6,400.00 |
| 10/9/10 | SH | $8,800.00 | $6,160.00 | $4,296.50 | $1,863.50 | $2,640.00 | |
| 5/27/08 | SC | $7,525.00 | $6,772.50 | $5,813.75 | $958.75 | $752.50 | |
| 6/10/08 | SC | $7,525.00 | $6,772.50 | $6,772.50 | $0.00 | $752.50 | $6,772.50 |
| 6/17/08 | SC | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 7/1/08 | SC | $5,350.00 | $0.00 | $5,350.00 | $0.00 | $0.00 | $5,350.00 |
| 7/15/08 | SC | $5,350.00 | $4,815.00 | $4,815.00 | $0.00 | $535.00 | $4,815.00 |
| 9/30/09 | SK | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 10/21/2009 | SK | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 11/25/2009 | SK | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/30/2009 | SK | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 6/10/09 | TA | $6,465.00 | $4,658.94 | $2,245.58 | $2,413.36 | $1,806.06 | |
| 1/21/10 | TA | $17,600.00 | $12,320.00 | $9,322.00 | $2,998.00 | $5,280.00 | |
| 6/19/09 | TW | $6,520.00 | $4,700.00 | $1,196.98 | $3,503.02 | $1,820.00 | |
| 11/21/09 | TC | $8,800.00 | $8,800.00 | $6,160.00 | $2,640.00 | $0.00 | |
| 10/29/09 | TO | $8,800.00 | $5,280.00 | $2,144.90 | $1,679.44 | $3,520.00 | |
| 8/28/09 | TJL | $8,700.00 | $5,500.00 | $2,879.98 | $2,620.02 | $3,200.00 | |
| 8/18/10 | TR | $9,900.00 | $5,940.00 | $4,626.25 | $1,313.75 | $3,960.00 | |
| 9/8/10 | TR | $9,900.00 | $5,940.00 | $5,447.35 | $492.65 | $3,960.00 | |
| 9/29/10 | TR | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 10/20/10 | TR | $14,325.00 | $8,595.00 | $7,965.00 | $0.00 | $5,730.00 | $8,595.00 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/3/10 | TR | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 11/16/10 | TR | $13,518.75 | $8,111.25 | $8,111.25 | $0.00 | $5,407.50 | $8,111.25 |
| 3/9/11 | TR | $17,400.00 | $12,180.00 | $12,180.00 | $0.00 | $5,220.00 | $12,180.00 |
| 5/31/08 | VL | $5,000.00 | $4,000.00 | $2,450.00 | $1,550.00 | $1,000.00 | |
| 6/18/09 | VG | $6,520.00 | $4,755.01 | $1,235.49 | $3,519.52 | $1,764.99 | |
| 6/1/11 | VN | $9,900.00 | $5,940.00 | $4,484.61 | $1,455.39 | $3,960.00 | |
| 2/6/10 | VA | $8,800.00 | $6,160.00 | $4,928.00 | $1,232.00 | $2,640.00 | |
| 7/19/10 | VL | $8,800.00 | $6,160.00 | $3,350.94 | $2,809.06 | $2,640.00 | |
| 5/2/11 | VL | $8,700.00 | $6,090.00 | $3,419.94 | $2,670.06 | $2,610.00 | |
| 9/23/09 | VA | $8,700.00 | $5,220.00 | $3,132.00 | $2,088.00 | $3,480.00 | |
| 9/30/09 | VA | $8,800.00 | $5,280.00 | $1,794.02 | $2,112.00 | $3,520.00 | |
| 11/21/08 | VM | $4,750.00 | $4,047.02 | $3,043.81 | $1,003.21 | $702.98 | |
| 6/7/11 | VC | $8,800.00 | $6,160.00 | $3,787.00 | $2,373.00 | $2,640.00 | |
| 10/20/2009 | VJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $4,143.93 | $4,170.00 |
| 1/27/2010 | VJ | $9,900.00 | $5,940.00 | $4,251.60 | $1,688.40 | $3,960.00 | |
| 2/3/09 | VJ | $5,900.00 | $3,540.00 | $1,881.73 | $0.00 | $2,360.00 | $3,540.00 |
| 2/17/09 | VJ | $5,900.00 | $3,540.00 | $1,336.74 | $955.01 | $2,360.00 | |
| 3/3/09 | VJ | $5,900.00 | $3,540.00 | $2,086.74 | $0.00 | $2,360.00 | $3,540.00 |
| 3/17/09 | VJ | $5,900.00 | $3,540.00 | $2,086.74 | $0.00 | $2,360.00 | $3,540.00 |
| 4/7/09 | VJ | $5,900.00 | $3,540.00 | $2,086.74 | $0.00 | $2,360.00 | $3,540.00 |
| 4/21/09 | VJ | $8,350.00 | $5,485.49 | $5,485.49 | $0.00 | $2,864.51 | $5,485.49 |
| 5/19/09 | VJ | $8,350.00 | $5,010.00 | $3,364.88 | $0.00 | $3,340.00 | $5,010.00 |
| 6/23/09 | VJ | $5,900.00 | $3,540.00 | $2,806.07 | $0.00 | $2,360.00 | $3,540.00 |
| 7/14/09 | VJ | $9,950.00 | $5,940.00 | $3,012.27 | $0.00 | $3,960.00 | $5,940.00 |
| 7/28/09 | VJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 9/15/09 | VJ | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 3/24/10 | VJ | $9,900.00 | $5,940.00 | $5,160.40 | $779.60 | $3,960.00 | |
| 4/14/10 | VJ | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 9/23/09 | WD | $8,700.00 | $5,200.00 | $5,082.41 | $117.59 | $3,500.00 | |
| 9/30/09 | WD | $8,800.00 | $5,200.00 | $5,200.00 | $0.00 | $3,600.00 | $5,200.00 |
| 5/30/09 | WM | $6,520.00 | $4,550.00 | $3,490.00 | $1,060.00 | $1,970.00 | |
| 6/13/09 | WM | $6,465.00 | $4,450.00 | $3,151.16 | $1,298.84 | $2,015.00 | |
| 12/16/2009 | WF | $6,950.00 | $4,221.00 | $3,274.27 | $946.73 | $2,729.00 | |
| 12/30/2009 | WF | $6,950.00 | $4,221.00 | $3,376.80 | $884.00 | $2,729.00 | |
| 1/20/2010 | WF | $9,900.00 | $5,940.00 | $4,735.80 | $1,204.20 | $3,960.00 | |
| 3/10/2010 | WF | $9,900.00 | $5,940.00 | $5,095.80 | $844.20 | $3,960.00 | |
| 11/17/10 | WF | $14,325.00 | $8,595.00 | $8,595.00 | $0.00 | $5,730.00 | $8,595.00 |
| 12/1/10 | WF | $14,325.00 | $11,460.00 | $11,460.00 | $0.00 | $2,865.00 | $11,460.00 |
| 10/19/10 | WSE | $13,518.75 | $8,111.25 | $8,111.25 | $0.00 | $5,407.50 | $8,111.25 |
| 10/13/2009 | WS | $6,950.00 | $0.00 | $6,950.00 | $0.00 | $0.00 | $6,950.00 |
| 10/27/2009 | WS | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 11/10/2009 | WS | $6,950.00 | $4,221.00 | $4,221.00 | $0.00 | $2,729.00 | $4,221.00 |
| 12/16/2009 | WS | $9,900.00 | $5,940.00 | $5,940.00 | $0.00 | $3,960.00 | $5,940.00 |
| 1/6/2010 | WS | $20,962.50 | $14,673.75 | $14,673.75 | $0.00 | $6,288.75 | $14,673.75 |
| 2/11/2010 | WS | $20,962.50 | $14,673.75 | $14,673.75 | $0.00 | $6,288.75 | $14,673.75 |
| 4/3/10 | WJ | $8,800.00 | $6,160.00 | $3,810.00 | $2,350.00 | $2,640.00 | |
| 3/9/09 | WT | $9,152.00 | $6,713.38 | $5,370.70 | $1,342.68 | $2,438.62 | |
| 3/20/09 | WT | $9,152.00 | $0.00 | $9,083.52 | $68.48 | $0.00 | |
| 6/2/09 | WD | $5,900.00 | $3,540.00 | $1,964.25 | $841.82 | $2,360.00 | |
| 6/16/09 | WD | $5,900.00 | $3,540.00 | $1,964.25 | $841.82 | $2,360.00 | |
| 6/30/09 | WD | $6,950.00 | $4,170.00 | $2,243.91 | $562.16 | $2,780.00 | |
| 7/14/09 | WD | $6,950.00 | $4,170.00 | $2,806.07 | $0.00 | $2,780.00 | $4,170.00 |
| 7/28/09 | WD | $6,950.00 | $4,170.00 | $1,557.61 | $0.00 | $2,780.00 | $4,170.00 |
| 5/12/09 | WE | $5,900.00 | $3,850.00 | $3,295.91 | $554.09 | $2,050.00 | |
| 5/26/09 | WE | $5,900.00 | $4,000.00 | $3,158.18 | $841.82 | $1,900.00 | |
| 6/9/09 | WE | $5,900.00 | $4,000.00 | $3,158.18 | $841.82 | $1,900.00 | |
| 10/17/09 | WT | $11,800.00 | $7,545.57 | $5,081.88 | $2,463.69 | $4,254.43 | |
| 7/17/09 | YL | $7,450.00 | $5,220.01 | $3,250.65 | $1,969.36 | $2,229.99 | |
| 7/16/08 | ZV | $30,000.00 | $21,000.00 | $21,000.00 | $0.00 | $9,000.00 | $21,000.00 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | Billed Amount | Negotiated Amount | Paid Amount | Patient's Resp. | Discounted Amo | 378 Claims paid at 100% |
|---|---|---|---|---|---|---|---|
| 3/26/09 | ZA | $12,985.00 | $8,532.80 | $5,622.96 | $2,909.84 | $4,452.20 | |
| 1/17/09 | ZA | $12,985.00 | $8,440.25 | $6,866.07 | $1,574.18 | $4,544.75 | |
| 3/11/08 | ZR | $5,350.00 | $0.00 | $5,350.00 | $0.00 | $0.00 | $5,350.00 |
| 3/18/08 | ZR | $5,350.00 | $3,150.00 | $1,155.00 | $1,995.00 | $2,200.00 | |
| 4/1/08 | ZR | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 4/8/08 | ZR | $5,350.00 | $3,150.00 | $1,397.90 | $1,752.10 | $2,200.00 | |
| 4/22/08 | ZR | $5,350.00 | $3,210.00 | $1,546.80 | $450.20 | $2,140.00 | |
| 5/6/08 | ZR | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 6/24/08 | ZR | $5,735.00 | $5,161.50 | $5,161.50 | $0.00 | $573.50 | $5,161.50 |
| 7/8/08 | ZR | $7,525.00 | $6,020.00 | $6,020.00 | $0.00 | $1,505.00 | $6,020.00 |
| 7/22/08 | ZR | $5,350.00 | $4,770.00 | $4,770.00 | $0.00 | $580.00 | $4,770.00 |
| 8/5/08 | ZR | $5,350.00 | $4,770.00 | $4,770.00 | $0.00 | $580.00 | $4,770.00 |
| 8/19/08 | ZR | $5,735.00 | $5,011.75 | $5,011.75 | $0.00 | $723.25 | $5,011.75 |
| 9/30/08 | ZR | $7,525.00 | $5,267.50 | $5,267.50 | $0.00 | $2,257.50 | $5,267.50 |
| 10/14/08 | ZR | $7,525.00 | $6,772.50 | $6,772.50 | $0.00 | $752.50 | $6,772.50 |
| 10/28/08 | ZR | $5,350.00 | $3,480.00 | $2,219.00 | $1,261.00 | $1,870.00 | |
| 11/4/08 | ZR | $5,350.00 | $3,210.00 | $2,086.74 | $0.00 | $2,140.00 | $3,210.00 |
| 11/18/08 | ZR | $5,350.00 | $3,150.00 | $2,205.00 | $945.00 | $2,200.00 | |
| 12/2/08 | ZR | $5,350.00 | $3,480.00 | $2,469.30 | $1,010.70 | $1,870.00 | |
| 12/16/08 | ZR | $5,350.00 | $3,150.00 | $3,150.00 | $0.00 | $2,200.00 | $3,150.00 |
| 1/13/09 | ZR | $5,900.00 | $3,540.00 | $1,292.91 | $1,061.99 | $2,360.00 | |
| 7/10/10 | ZI | $8,700.00 | $6,090.00 | $4,333.31 | $1,756.69 | $2,640.00 | |
| 1/26/11 | ZT | $8,800.00 | $6,160.00 | $4,312.00 | $1,848.00 | $2,640.00 | |
| TOTALS | 960 Claims | $9,465,921.40 | $5,735,007.08 | $4,908,311.50 | $858,272.93 | $3,512,071.74 | $2,416,308.04 |

EXHIBIT "A" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

**ROSELAND - CIGNA UNPAID CLAIMS SINCE 08/24/2011 TO 10/12/2012**

| DATE OF SERVICE | INITIALS | BILLED AMOUNT | NEGOTIATED AMOUNT | PAID AMOUNT | PATIENT RESPONSIBILITY | DUE AMOUNT |
|---|---|---|---|---|---|---|
| 4/14/10 | PM | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 5/5/10 | PM | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 7/28/10 | OJ | $20,962.50 | $0.00 | $0.00 | $0.00 | $20,962.50 |
| 7/28/10 | RL | $9,900.00 | $5,940.00 | $1,996.29 | $2,382.86 | $1,560.85 |
| 1/19/11 | RL | $9,900.00 | $5,940.00 | $0.00 | $2,382.86 | $3,557.14 |
| 1/26/11 | LT | $9,900.00 | $5,940.00 | $0.00 | $1,957.00 | $3,983.00 |
| 3/9/11 | DJ | $20,962.50 | $0.00 | $0.00 | $0.00 | $20,962.50 |
| 3/28/11 | JD | $8,700.00 | $6,090.00 | $0.00 | $0.00 | $8,700.00 |
| 4/6/11 | MM | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 5/4/11 | SJRC | $14,325.00 | $8,595.00 | $0.00 | $0.00 | $14,325.00 |
| 5/10/11 | KE | $89,031.30 | $0.00 | $0.00 | $0.00 | $89,031.30 |
| 5/18/11 | VN | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 5/25/11 | CD | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 6/1/11 | CD | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 6/22/11 | CD | $9,900.00 | $5,940.00 | $0.00 | $0.00 | $9,900.00 |
| 6/22/11 | SJ | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 6/29/11 | SJRC | $5,475.00 | $3,285.00 | $0.00 | $0.00 | $5,475.00 |
| 6/29/11 | SJRC | $8,850.00 | $5,310.00 | $0.00 | $0.00 | $8,850.00 |
| 7/6/11 | MMG | $16,537.50 | $0.00 | $0.00 | $0.00 | $16,537.50 |
| 7/20/11 | CD | $14,325.00 | $0.00 | $0.00 | $0.00 | $14,325.00 |
| 7/27/11 | CJ | $14,325.00 | $8,595.00 | $0.00 | $0.00 | $14,325.00 |
| 8/3/11 | MD | $27,128.00 | $0.00 | $0.00 | $0.00 | $27,128.00 |
| 8/3/11 | SJRC | $14,325.00 | $8,595.00 | $0.00 | $0.00 | $14,325.00 |
| 8/10/11 | CD | $18,750.00 | $0.00 | $0.00 | $0.00 | $18,750.00 |
| 8/10/11 | HP | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 8/10/11 | MMG | $15,825.00 | $0.00 | $0.00 | $0.00 | $15,825.00 |
| 8/13/11 | KE | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 8/13/11 | MB | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 8/13/11 | SP | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 8/24/11 | CJ | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 8/24/11 | HP | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 8/24/11 | JK | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 8/24/11 | LT | $8,850.00 | $5,940.00 | $0.00 | $0.00 | $8,850.00 |
| 8/24/11 | SJRC | $14,325.00 | $0.00 | $0.00 | $0.00 | $14,325.00 |
| 8/26/11 | HK | $116,604.00 | $0.00 | $0.00 | $0.00 | $116,604.00 |
| 8/27/11 | FA | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 8/27/11 | MB | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 8/31/11 | CK | $14,325.00 | $0.00 | $0.00 | $0.00 | $14,325.00 |
| 8/31/11 | FT | $14,325.00 | $0.00 | $0.00 | $0.00 | $14,325.00 |
| 9/1/11 | SK | $32,000.00 | $0.00 | $0.00 | $0.00 | $32,000.00 |
| 9/7/11 | DM | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 9/7/11 | HP | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 9/7/11 | MMG | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 9/14/11 | DJ | $14,325.00 | $0.00 | $0.00 | $0.00 | $14,325.00 |
| 9/14/11 | FT | $14,325.00 | $0.00 | $0.00 | $0.00 | $14,325.00 |
| 9/14/11 | HZM | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 9/14/11 | LT | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 9/19/11 | FJ | $14,000.00 | $0.00 | $0.00 | $0.00 | $14,000.00 |
| 9/19/11 | MJ | $48,345.00 | $0.00 | $0.00 | $0.00 | $48,345.00 |
| 9/20/11 | GG | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 9/21/11 | CK | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 9/21/11 | CJ | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |

EXHIBIT "B" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| 9/21/11 | HP | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
|---------|-----|-----------|-------|-------|-------|-----------|
| 9/21/11 | JI | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 9/21/11 | MMG | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 9/21/11 | OJ | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 9/21/11 | SJRC | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 9/26/11 | PM | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 9/28/11 | FT | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 9/28/11 | HS | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 9/28/11 | HD | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 9/28/11 | OD | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/5/11 | HP | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/5/11 | LT | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/5/11 | OJ | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/5/11 | PB | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 10/12/11 | CK | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/12/11 | DM | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/12/11 | DJ | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/12/11 | HS | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/12/11 | HD | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/12/11 | OD | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/12/11 | RE | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |
| 10/12/11 | WK | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 10/19/11 | CJ | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/19/11 | HP | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/19/11 | OJ | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/19/11 | SJRC | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/19/11 | SS | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 10/19/11 | SI | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/25/11 | SH | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 10/26/11 | HS | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/26/11 | HD | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/26/11 | LP | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 10/26/11 | LT | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 10/26/11 | OD | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/2/11 | CK | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/2/11 | HP | $17,206.50 | $0.00 | $0.00 | $0.00 | $17,206.50 |
| 11/2/11 | OJ | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/2/11 | SI | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/9/11 | GE | $35,000.00 | $0.00 | $0.00 | $0.00 | $35,000.00 |
| 11/9/11 | HS | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/9/11 | LP | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/9/11 | OD | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/16/11 | CJ | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/16/11 | DM | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/16/11 | HP | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/16/11 | LT | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 11/16/11 | MA | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 11/16/11 | OJ | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/16/11 | SJRC | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 11/16/11 | SI | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/23/11 | CK | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/23/11 | FT | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/23/11 | HM | $43,700.00 | $0.00 | $0.00 | $0.00 | $43,700.00 |
| 11/23/11 | HR | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 11/23/11 | HD | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/23/11 | LP | $14,994.00 | $0.00 | $0.00 | $0.00 | $14,994.00 |
| 11/23/11 | OD | $14,994.00 | $1,746.80 | $0.00 | $0.00 | $14,994.00 |
| 11/28/11 | VA | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 11/29/11 | MF | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 11/30/11 | HP | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 11/30/11 | MMG | $15,487.50 | $0.00 | $0.00 | $0.00 | $15,487.50 |
| 11/30/11 | OJ | $10,569.00 | $0.00 | $0.00 | $0.00 | $10,569.00 |
| 11/30/11 | RL | $26,300.00 | $0.00 | $0.00 | $0.00 | $26,300.00 |

EXHIBIT "B" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| 11/30/11 | SJRR | $67,543.00 | $0.00 | $0.00 | $0.00 | $67,543.00 |
|---|---|---|---|---|---|---|
| 12/2/11 | GM | $13,600.00 | $0.00 | $0.00 | $0.00 | $13,600.00 |
| 12/2/11 | NO | $38,200.00 | $0.00 | $0.00 | $0.00 | $38,200.00 |
| 12/7/11 | HC | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 12/7/11 | LP | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 12/7/11 | LT | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/7/11 | OD | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/7/11 | SI | $15,487.50 | $0.00 | $0.00 | $0.00 | $15,487.50 |
| 12/14/11 | CK | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 12/14/11 | CJ | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/14/11 | CG | $35,000.00 | $0.00 | $0.00 | $0.00 | $35,000.00 |
| 12/14/11 | DM | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 12/14/11 | HD | $15,487.50 | $0.00 | $0.00 | $0.00 | $15,487.50 |
| 12/14/11 | HP | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/14/11 | OJ | $8,850.00 | $0.00 | $0.00 | $0.00 | $8,850.00 |
| 12/14/11 | WT | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 12/20/11 | SA | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 12/21/11 | LP | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 12/21/11 | MMG | $16,987.50 | $0.00 | $0.00 | $0.00 | $16,987.50 |
| 12/21/11 | OD | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/21/11 | SI | $15,487.50 | $0.00 | $0.00 | $0.00 | $15,487.50 |
| 12/28/11 | HP | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/28/11 | LT | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/28/11 | OJ | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 12/28/11 | VM | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 1/4/12 | LP | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 1/4/12 | MMG | $14,775.00 | $0.00 | $0.00 | $0.00 | $14,775.00 |
| 1/11/12 | CJ | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/11/12 | DM | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/11/12 | OJ | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/11/12 | OD | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/17/12 | MK | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 1/18/12 | CK | $8,850.00 | $0.00 | $0.00 | $0.00 | $8,850.00 |
| 1/18/12 | LP | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/18/12 | LT | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/18/12 | VR | $17,600.00 | $0.00 | $0.00 | $0.00 | $17,600.00 |
| 1/18/12 | WL | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/24/12 | GC | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 1/24/12 | SD | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 1/25/12 | MMG | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/25/12 | OP | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 1/25/12 | OJ | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/25/12 | OD | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 1/30/12 | JJ | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 1/30/12 | JT | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 2/1/12 | LP | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/1/12 | MY | $6,242.04 | $0.00 | $0.00 | $0.00 | $6,242.04 |
| 2/7/12 | DP | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 2/8/12 | CJ | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/8/12 | LT | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/8/12 | WL | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/15/12 | DM | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/15/12 | PC | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 2/15/12 | RT | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 2/15/12 | SD | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 2/22/12 | LP | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/22/12 | MMG | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/29/12 | LT | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |
| 2/29/12 | PC | $9,900.00 | $0.00 | $0.00 | $0.00 | $9,900.00 |
| 3/7/12 | BE | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 3/7/12 | MM | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 3/7/12 | MP | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 3/20/12 | MMG | $13,275.00 | $0.00 | $0.00 | $0.00 | $13,275.00 |

EXHIBIT "B" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.

| | | | | | |
|---|---|---|---|---|---|
| 3/20/12 | NA | $19,052.00 | $0.00 | $0.00 | $0.00 | $19,052.00 |
| 3/21/12 | PS | $13,200.00 | $0.00 | $0.00 | $0.00 | $13,200.00 |
| 4/3/12 | CO | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 4/3/12 | OE | $17,500.00 | $0.00 | $0.00 | $0.00 | $17,500.00 |
| 4/18/12 | HM | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 4/25/12 | AF | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 4/30/12 | NA | $19,052.00 | $0.00 | $0.00 | $0.00 | $19,052.00 |
| 7/5/12 | BPM | $20,200.00 | $0.00 | $0.00 | $0.00 | $20,200.00 |
| 7/26/12 | BPM | $20,200.00 | $0.00 | $0.00 | $0.00 | $20,200.00 |
| 7/30/12 | SO | $17,600.00 | $0.00 | $0.00 | $0.00 | $17,600.00 |
| 7/30/12 | SP | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 8/27/12 | MFS | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 8/27/12 | SN | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 9/24/12 | BV | $8,800.00 | $0.00 | $0.00 | $0.00 | $8,800.00 |
| 9/24/12 | NAM | $8,700.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| 9/27/12 | GB | $29,100.00 | $0.00 | $0.00 | $0.00 | $29,100.00 |
| 10/12/12 | BF | $16,250.00 | $0.00 | $0.00 | $0.00 | $16,250.00 |
| **TOTALS** | **194** | **$2,846,747.84** | **$0.00** | **$0.00** | **$0.00** | **$2,826,148.83** |

EXHIBIT "B" TO ANSWER AND COUNTERCLAIM
CIGNA V. ROSELAND ET. AL.